IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) ) ) ) Civil Action No. \_\_\_\_\_ ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

## PERSONALIZED USER MODEL, L.L.P.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Personalized User Model, L.L.P. ("P.U.M.") states the following: (i) P.U.M. has no parent company: and (ii) no publicly held corporation owns 10% or more of P.U.M. P.U.M. reserves its right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys For Plaintiff Personalized User Model, L.L.P*

OF COUNSEL:

Marc S. Friedman
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

Yar R. Chaikovsky
Jennifer D. Bennett
SONNENSCHEIN NATH &
ROSENTHAL LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
(650) 798-0300

July 16, 2009

2959690