IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-525-JJF |
| ) | |
| GOOGLE, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff Personalized User Model, L.L.P., and defendant Google, Inc., subject to the approval of the Court, that Google, Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to September 8, 2009.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Karen Jacobs Louden* <br> Karen Jacobs Louden (#2881) <br> Jeremy A. Tigan (#5239) <br> 1201 N. Market Street <br> Wilmington, DE 19801 <br> (302) 658-9200 <br> klouden@mnat.com <br> jtigan@mnat.com <br><br> *Attorneys for Plaintiff Personalized User Model, L.L.P.* | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> D. Fon Muttamara-Walker (#4646) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> fmuttamara-walker@potteranderson.com <br><br> *Attorneys for Defendant Google, Inc.* |

SO ORDERED this _____ day of _____, 2009.

_____
The Honorable Joseph J. Farnan, Jr.

926219 / 34638