IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-525-JJF |
| ) | |
| GOOGLE, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## ORDER

IT IS HEREBY ORDERED, that Google, Inc.'s Motion to Transfer is GRANTED, this _____ day of _____, 2009.

_____
United States District Judge

932239/34638