UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, LLP<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | C.A. No. 09-525-JJF<br><br>**DECLARATION OF ANTONIO SISTOS IN SUPPORT OF GOOGLE'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA** |

Antonio Sistos states:

1. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges LLP, attorneys for Defendant Google Inc.

2. A true and correct copy of Plaintiff Personalized User Model LLP's complaint in this action is attached as Exhibit 1.

3. A true and correct copy of Plaintiff's corporate registration records, as obtained from the Texas Secretary of State website on September 8, 2009, is attached as Exhibit 2. None of my other research indicated a connection between Plaintiff and the District of Delaware.

4. A true and correct copy of the "Management Team" and "Offices" sections of Utopy, Inc.'s website as downloaded on September 8, 2009 is attached as Exhibit 3. Messrs. Twersky and Koenig appear to be the two most senior officers of Utopy Inc., and Utopy Inc.'s corporate office is located in Northern California.

5. A true and correct copy of U.S. Patent No. 6,981,040 is attached as Exhibit 4.

6. A true and correct copy of U.S. Patent No. 7,320,031 is attached as Exhibit 5.

7. The U.S. Patent and Trademark Office's records indicate that the two patent agents primarily responsible for the prosecution of the patents-in-suit were Rena Kaminsky and Ron Jacobs, then affiliated with the Lumen Patent Firm. Rena Kaminsky now appears to be an associate at the law firm of Cooley Godward and Kronish LLP in Palo Alto. Attached hereto as Exhibit 6 is a true and correct copy of Rena Kaminsky's profile web page as obtained from the Cooley Godward and Kronish LLP website on September 8, 2009. Ron Jacobs appears to be the Director of the Lumen Patent Firm, which is headquartered in Palo Alto. Attached hereto as Exhibit 7 is a true and correct copy of the "Home" and "Team" web pages of the Lumen Patent Firm website as downloaded on September 8, 2009.

8. A true and correct copy of Michael R. Berthold's Curriculum Vitae, as obtained from the website of the University of Kostanz, is attached as Exhibit 8.

9. To the best of my knowledge, at least the following prominent internet companies were headquartered in Northern California during the 1990s: Altavista, Ask Jeeves, Excite, Hotbot, Inktomi, Infoseek, and Yahoo!.

10. To the best of my knowledge, Plaintiff conducts no business other than litigating the patents-in-suit.

11. A true and correct copy of Table C-5 of the 2008 Federal Judicial Caseload Statistics is attached hereto as Exhibit 9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on September 8, 2009.

Respectfully submitted,

/s/ Antonio Sistos
Antonio Sistos

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 8, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 8, 2009, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com
jtigan@mnat.com

Yar R. Chaikovsky
Jimmy M. Shin
Jennifer D. Bennett
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
ychaikovsky@sonnenschein.com
jshin@sonnenschein.com
jbennett@sonnenschein.com

Marc S. Friedman
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
mfriedman@sonnenschein.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

932168 / 34638