## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) ) ) |
|  | ) C.A. No. 09-525-JJF |
| Plaintiff, | ) ) |
| v. | ) ) |
| GOOGLE, INC., | ) ) |
| Defendant. | ) ) ) |

### DECLARATION OF ROY TWERSKY IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT GOOGLE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Roy Twersky, declare:

1.     I am a partner in Plaintiff Personalized User Model, LLP ("P.U.M."). I make this declaration in support of P.U.M.'s Answering Brief in Opposition to Defendant Google, Inc.'s Motion to Transfer Venue to the Northern District of California.

2.     I am one of three inventors of the patents-in-suit. It is not inconvenient for me to travel to Delaware, and I agree to come to Delaware for trial.

3.     I have spoken with Yochai Konig, also an inventor of the patents-in-suit and a partner in P.U.M. It will not be inconvenient for Dr. Konig to travel to Delaware; he also agrees to come to Delaware for trial.

4.     Michael Berthold, the third inventor of the patents-in-suit currently resides in Germany.

5.     P.U.M. will produce in Delaware all documents required for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2009

Roy Twersky

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 25, 2009 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801
**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**
**fmuttamara-walker@potteranderson.com**

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**briancannon@quinnemanuel.com**

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**charlesverhoeven@quinnemanuel.com**

David A. Perlson
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**davidperlson@quinnemanuel.com**

Antonio R. Sistos
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**antoniosistos@quinnemanuel.com**

Eugene Novik
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**eugenenovikov@quinnemanuel.com**

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)