## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | ) <br> ) <br> )    C.A. No. 09-525-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JENNIFER BENNETT IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT GOOGLE, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Jennifer Bennett, declare:

1.     I am an attorney duly licensed to practice in the State of California, admitted to practice *pro hac* vice before this Court, and an associate with the law firm of Sonnenschein Nath & Rosenthal LLP, counsel for Plaintiff Personalized User Model, L.L.P. ("P.U.M.") in this action. I make this declaration in support of P.U.M.'s Answering Brief in Opposition to Defendant Google, Inc.'s Motion to Transfer Venue to the Northern District of California.

2.     Attached as **Exhibit 1** is a true and correct copy of Google's 2008 Annual Report.

3.     Attached as **Exhibit 2** is a true and correct copy of a list of Google's offices found on Google's website at www.google.com/intl/en/corporate/address.html.

4.     Attached as **Exhibit 3** is a true and correct copy of a list of cases from the District of Delaware in which Google is or was a party.

5.     Attached as **Exhibit 4** is a true and correct copy of the Judicial Caseload Profile for the U.S. District Court for the District of Delaware found at www.uscourts.gov/fcmstat/.

6.     Attached as **Exhibit 5** is a true and correct copy of the Judicial Caseload Profile for the U.S. District Court for the Northern District of California found at www.uscourts.gov/fcmstat/.

7.    P.U.M agrees to conduct the depositions of any Google employees in this action at the place of their employment in California or elsewhere.  P.U.M. also agrees to receive all documents Google produces in this action at the offices of Sonnenschein Nath & Rosenthal LLP in Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jennifer Bennett

Dated:  September 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 25, 2009 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801
**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**
**fmuttamara-walker@potteranderson.com**

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**briancannon@quinnemanuel.com**

Charles K. Verhoeven
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**charlesverhoeven@quinnemanuel.com**

David A. Perlson
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**davidperlson@quinnemanuel.com**

Antonio R. Sistos
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**antoniosistos@quinnemanuel.com**

Eugene Novik
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
**eugenenovikov@quinnemanuel.com**

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)

3137692