# EXHIBIT 3

1) Xpoint Technologies Inc. v. Microsoft Corporation et al, Docket No. 1:09-cv-00628 (D. Del. Aug. 21, 2009), Court Docket (08/21/2009)

2) **Personalized User Model LLP v. Google Inc., Docket No. 1:09-cv-00525 (D. Del. Jul. 16, 2009), Court Docket (07/16/2009)**

3) **Market America Inc. v. Google Inc. et al, Docket No. 1:09-cv-00494 (D. Del. Jul. 07, 2009), Court Docket (07/07/2009)**

4) **Google Inc. et al v. Egger et al, Docket No. 1:09-mc-00017 (D. Del. Feb. 11, 2009), Court Docket (02/11/2009)**

5) **Langdon v. Google Inc. et al, Docket No. 1:06-cv-00319 (D. Del. May 17, 2006), Court Docket (05/17/2006)**

Docket updated on Aug. 24, 2009 10:05:17
Update this docket
Track this docket

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00628-UNA

### Xpoint Technologies Inc. v. Microsoft Corporation et al

| | |
|---|---|
| **Date Filed:** | Aug. 21, 2009 |
| **Nature of suit:** | 830 Patent |
| **Assigned to:** | Unassigned Judge |
| **Cause:** | 35:271 Patent Infringement |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |

## Parties and Attorneys

**Plaintiff**
**Xpoint Technologies Inc.**

**Attorneys and Firms**
**Sean M. Brennecke**
*Bouchard, Margules &*
*Friedlander, P.A.*
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3505
Fax: (302) 573-3501
sbrennecke@bmf-law.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**
**Microsoft Corporation**

**Defendant**
**Intel Corporation**

**Defendant**
**Marvell Technology Group Ltd.**

**Defendant**
**Marvell Semiconductor Inc.**

**Defendant**
**Hewlett-Packard Co.**

**Defendant**
**Cypress Semiconductor Corporation**

**Defendant**
**Quicklogic Corp.**

**Defendant**
**Qualcomm Inc.**

**Defendant**
**Freescale Semiconductor Holdings I Ltd**

**Defendant**
**Freescale Semiconductor Inc.**

**Defendant**
**Texas Instruments, Inc.**

**Defendant**
**Google Inc.**

**Defendant**
**T-Mobile USA Inc.**

**Defendant**
**HTC Corp.**

**Defendant**
**HTC America Inc.**

**Defendant**
**Apple Inc.**

**Defendant**
**Sony Corporation**


**Defendant**
**Telefonaktiebolaget LM Ericsson**


**Defendant**
**Sony Ericsson Mobile Communications AB**


**Defendant**
**Sony Ericsson Mobile Communications (USA) Inc.**


**Defendant**
**Philips Electronics N.V.**


**Defendant**
**Philips Electronics North America Corp**


**Defendant**
**LG Electronics Inc.**


**Defendant**
**LG Electronics USA, Inc.**


**Defendant**
**Research In Motion LTD.**


**Defendant**
**Research In Motion Corp.**


**Defendant**
**Motorola Inc.**


**Defendant**
**Nokia Corporation**


**Defendant**

**Nokia Inc.**


**Defendant**
**Palm Inc.**


**Defendant**
**nVidia Corp.**


**Defendant**
**Advanced Micro Devices, Inc.**


**Defendant**
**Dell Corp.**


**Defendant**
**AT&T Inc.**


**Defendant**
**AT&T Mobility LLC**


**Defendant**
**Verizon Communications Inc.**


**Defendant**
**Cellco Partnership**


**Defendant**
**Sprint Nextel Corporation**


## Docket Proceedings          Reverse Proceedings

| Req # | Filed | # | Docket Text |
|---|---|---|---|
| 1 | Aug. 21, 2009 | 1 | COMPLAINT filed with Jury Demand against all defendants - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 286.) - filed by Xpoint Technologies Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(dzs, ) (Additional attachment(s) added on 8/24/2009: # 3 Acknowledgement of Consent Form) (dzs, ). (Entered: 08/24/2009) |
| 2 | Aug. 21, 2009 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dzs, ) (Entered: 08/24/2009) |

| 3 | Aug. 21, 2009 | | No Summons Issued (dzs, ) (Entered: 08/24/2009) |
| 4 | Aug. 21, 2009 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Xpoint Technologies Inc.. (dzs, ) (Entered: 08/24/2009) |
| 5 | Aug. 24, 2009 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,913,028; (dzs, ) (Entered: 08/24/2009) |

Docket updated on Aug. 24, 2009 16:33:21
Update this docket
Track this docket

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00525-JJF

### Personalized User Model LLP v. Google Inc.

| | |
|---|---|
| **Date Filed:** | Jul. 16, 2009 |
| **Nature of suit:** | 830 Patent |
| **Assigned to:** | Judge Joseph J. Farnan, Jr. |
| **Cause:** | 35:271 Patent Infringement |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |

## Parties and Attorneys

**Plaintiff**
**Personalized User Model LLP**

**Attorneys and Firms**
**Karen Jacobs Louden**
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjlefiling@mnat.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**
**Google Inc.**

**Attorneys and Firms**
**Richard L. Horwitz**
*Potter Anderson & Corroon, LLP*
1313 N. Market St., Hercules
Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
ATTORNEY TO BE NOTICED

## Docket Proceedings    Reverse Proceedings

| Req # | Filed | # | Docket Text |
|---|---|---|---|
| 1 | Jul. 16, 2009 | 1 | COMPLAINT filed with Jury Demand against Google Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 03110000000000609568.) - filed by Personalized User Model LLP. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibits A and B, # 2 Civil Cover Sheet)(dzs, ) (Entered: 07/17/2009) |
| 2 | Jul. 16, 2009 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (dzs, ) (Entered: 07/17/2009) |
| 3 | Jul. 16, 2009 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Personalized User Model LLP. (dzs, ) (Entered: 07/17/2009) |
| 4 | Jul. 17, 2009 | | Summons Issued as to Google Inc. on 7/17/2009. (dzs, ) (Entered: 07/17/2009) |
| 5 | Jul. 17, 2009 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,981,040 B1; 7,320,031 B2; (dzs, ) (Entered: 07/17/2009) |
| 6 | Jul. 17, 2009 | 5 | SUMMONS Returned Executed by Personalized User Model LLP. Google Inc. served on 7/17/2009, answer due 8/6/2009. (Louden, Karen) (Entered: 07/17/2009) |
| 7 | Jul. 22, 2009 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 07/22/2009) |
| 8 | Jul. 24, 2009 | 6 | STIPULATION TO EXTEND TIME to move, answer, or otherwise respond to the Complaint to September 8, 2009 - filed by Google Inc.. (Horwitz, Richard) (Entered: 07/24/2009) |
| 9 | Jul. 28, 2009 | | SO ORDERED, re 6 STIPULATION TO EXTEND TIME to move, answer, or otherwise respond to the Complaint to September 8, 2009 filed by Google Inc., Set/Reset Answer Deadlines: Google Inc. answer due 9/8/2009.. Signed by Judge Joseph J. Farnan, Jr. on 7/28/2009. (nms) (Entered: 07/28/2009) |
| 10 | Aug. 05, 2009 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Marc S. Friedman, Jimmy M. Shin, Yar R. Chaikovsky, Jennifer D. Bennett - filed by Personalized User Model LLP. (Louden, Karen) (Entered: 08/05/2009) |
| 11 | Aug. 11, 2009 | | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Marc S. Friedman, Jimmy M. Shin, Yar R. Chaikovsky, Jennifer D. Bennett filed by Personalized User Model LLP. Signed by Judge Joseph J. Farnan, Jr. on 8/11/2009. (nms) (Entered: 08/11/2009) |

Docket updated on Jul. 08, 2009 15:05:23
Update this docket
Track this docket

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00494-UNA

### Market America Inc. v. Google Inc. et al

| | |
|---|---|
| **Date Filed:** | Jul. 07, 2009 |
| **Nature of suit:** | 370 Fraud or Truth-In-Lending |
| **Assigned to:** | Unassigned Judge |
| **Cause:** | 28:1332 Diversity-Fraud |
| **Jurisdiction:** | Diversity |
| **Jury demand:** | Plaintiff |

## Parties and Attorneys

| **Plaintiff** | **Attorneys and Firms** |
|---|---|
| **Market America Inc.** | **Matthew F. Lintner** |
| | *Morris James LLP* |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | (302) 888-6800 |
| | mlintner@morrisjames.com |
| | LEAD ATTORNEY |
| | ATTORNEY TO BE NOTICED |

**Defendant**
**Google Inc.**

**Defendant**
**LTech Consulting LLC**

## Docket Proceedings                    Reverse Proceedings

| Req # | Filed | # | Docket Text |
|---|---|---|---|
| 1 | Jul. 07, 2009 | 1 | COMPLAINT filed with Jury Demand against Google Inc., LTech Consulting LLC - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 0311000000000605892.) - filed by Market America Inc.. (Attachments: # 1 Civil Cover Sheet)(fms) (Entered: 07/08/2009) |
| 2 | Jul. 07, 2009 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (fms) (Entered: 07/08/2009) |

| 3 | Jul. 07, 2009 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Market America Inc. identifying Corporate Parent Market America Worldwide Inc. for Market America Inc. (fms) (Entered: 07/08/2009) |
| 4 | Jul. 08, 2009 | | Summons Issued as to Google Inc. on 7/8/2009; LTech Consulting LLC on 7/8/2009. (fms) (Entered: 07/08/2009) |

Docket updated on May 22, 2009 15:11:51
Update this docket
Track this docket

---

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:09-mc-00017-JJF

### Google Inc. et al v. Egger et al

| | |
|---|---|
| **Date Filed:** | Feb. 11, 2009 |
| **Status:** | Closed |
| **Nature of suit:** | 890 Other Statutory Actions |
| **Assigned to:** | Judge Joseph J. Farnan, Jr. |
| **Case in other court:** | USDC/ED/TX, 07cv511 CE |
| | USDC/ND/CA, 08cv03172RMW |
| **Cause:** | Motion to Compel |
| **Date terminated:** | May 22, 2009 |
| **Jurisdiction:** | Federal Question |

## Parties and Attorneys

| | |
|---|---|
| **Plaintiff**<br>**Google Inc.** | **Attorneys and Firms**<br>**Gregory Robert Booker**<br>*Fish & Richardson, P.C.*<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 778-8408<br>booker@fr.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Plaintiff**<br>**AOL LLC** | **Attorneys and Firms**<br>**Gregory Robert Booker**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Plaintiff**<br>**Yahoo! Inc.** | **Attorneys and Firms**<br>**Maryellen Noreika**<br>*Morris, Nichols, Arsht & Tunnell*<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |

menefiling@mnat.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**
**IAC Search & Media Inc.**

**Attorneys and Firms**
**Jeffrey L. Moyer**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
Richards, Layton & Finger, PA
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Anne Shea Gaza**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
gaza@rlf.com
Richards, Layton & Finger, PA
ATTORNEY TO BE NOTICED

**Claude M. Stern**
claudestern@quinnemanuel.com
Pro Hac Vice
ATTORNEY TO BE NOTICED

**Jennifer A. Kash**
jenniferkash@quinnemanuel.com
Pro Hac Vice
ATTORNEY TO BE NOTICED

**Plaintiff**
**Lycos Inc.**

**Attorneys and Firms**
**Jeffrey L. Moyer**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Anne Shea Gaza**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**
**L. Daniel Egger**

**Defendant**
**Software Rights Archive LLC**

**Attorneys and Firms**
**Kristen L. McKeever**

kmckeever@skv.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Lee L. Kaplan**
lkaplan@skv.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Michael Jason Barrie**
*Schnader Harrison Segal & Lewis
LLP*
824 N. Market Sreet, Suite 1001
Wilmington, DE 19801
(302) 888-4554
Fax: (302) 888-1696
Mbarrie@schnader.com
ATTORNEY TO BE NOTICED

**Narasa R. Duvvuri**
rduvvuri@skv.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Defendant**
**Site Technologies Inc.**

| | |
|---|---|
| **Counter Claimant**<br>**SRA LLC** | **Attorneys and Firms**<br>**Michael Jason Barrie**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Counter Claimant**<br>**Altitude Capital Partners LP** | **Attorneys and Firms**<br>**Michael Jason Barrie**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

## Docket Proceedings    Reverse Proceedings

| Req # | Filed | # | Docket Text |
|---|---|---|---|
| 1 | Feb. 11, 2009 | 1 | MOTION to Compel -Receipt # 155891 filed by Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media Inc., Lycos Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Civil Cover Sheet) (els) (Entered: 02/12/2009) |
| 2 | Feb. 11, 2009 | 2 | OPENING BRIEF in Support re 1 MOTION to Compel filed by Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media Inc., Lycos Inc.. (els) (Entered: 02/12/2009) |
| 3 | Feb. 11, 2009 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Google Inc.. (els) (Entered: 02/12/2009) |

| 4 | Feb. 11, 2009 | 4 | Disclosure Statement pursuant to Rule 7.1 filed by AOL LLC identifying Other Affiliate Time Warner Inc., Other Affiliate AOL Holdings LLC, Other Affiliate TW AOL Holdings Inc. for AOL LLC. (els) (Entered: 02/12/2009) |
| 5 | Feb. 11, 2009 | 5 | Disclosure Statement pursuant to Rule 7.1 filed by Yahoo! Inc.. (els) (Entered: 02/12/2009) |
| 6 | Feb. 11, 2009 | 6 | Disclosure Statement pursuant to Rule 7.1 filed by IAC Search & Media Inc. identifying Other Affiliate IAC/InterActive Corp for IAC Search & Media Inc.. (els) (Entered: 02/12/2009) |
| 7 | Feb. 11, 2009 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by Lycos Inc. identifying Other Affiliate Daum Communications Corporation for Lycos Inc.. (els) (Entered: 02/12/2009) |
| 8 | Feb. 11, 2009 | 8 | DECLARATION OF GREGORY R. BOOKER re 1 MOTION to Compel by Google Inc., AOL LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(els) (Entered: 02/12/2009) |
| 9 | Feb. 12, 2009 | 9 | MOTION for Pro Hac Vice Appearance of Attorney Claude M. Stern - filed by IAC Search & Media Inc., Lycos Inc.. (Gaza, Anne) (Entered: 02/12/2009) |
| 10 | Feb. 12, 2009 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Jennifer A. Kash - filed by IAC Search & Media Inc., Lycos Inc.. (Gaza, Anne) (Entered: 02/12/2009) |
| 11 | Feb. 13, 2009 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Richard S.J. Hung and Micahel A. Jacobs - filed by Yahoo! Inc.. (Noreika, Maryellen) (Entered: 02/13/2009) |
| 12 | Feb. 18, 2009 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 02/18/2009) |
| 13 | Feb. 20, 2009 | 12 | MOTION for Pro Hac Vice Appearance of Attorney Lee L. Kaplan, Kristen L. McKeever, and Narasa R. Duvvuri - filed by Software Rights Archive LLC. (Attachments: # 1 Certificate of Service)(Barrie, Michael) (Entered: 02/20/2009) |
| 14 | Feb. 20, 2009 | 13 | MOTION for Pro Hac Vice Appearance of Attorney Andrew W. Hayes - filed by Altitude Capital Partners LP. (Attachments: # 1 Certificate of Service)(Barrie, Michael) (Entered: 02/20/2009) |
| 15 | Feb. 23, 2009 | | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney Claude M. Stern filed by Lycos Inc., IAC Search & Media Inc.. Signed by Judge Joseph J. Farnan, Jr. on 2/23/2009. (nms) (Entered: 02/24/2009) |
| 16 | Feb. 23, 2009 | | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Jennifer A. Kash filed by Lycos Inc., IAC Search & Media Inc.. Signed by Judge Joseph J. Farnan, Jr. on 2/23/2009. (nms) (Entered: 02/24/2009) |
| 17 | Feb. 23, 2009 | | SO ORDERED, re 11 MOTION for Pro Hac Vice Appearance of Attorney Richard S.J. Hung and Micahel A. Jacobs filed by Yahoo! |

|    |              |    | Inc.. Signed by Judge Joseph J. Farnan, Jr. on 2/23/2009. (nms) (Entered: 02/24/2009) |
|----|--------------|----|---|
| 18 | Feb. 23, 2009 |    | SO ORDERED, re 12 MOTION for Pro Hac Vice Appearance of Attorney Lee L. Kaplan, Kristen L. McKeever, and Narasa R. Duvvuri filed by Software Rights Archive LLC. Signed by Judge Joseph J. Farnan, Jr. on 2/23/2009. (nms) (Entered: 02/24/2009) |
| 19 | Feb. 23, 2009 |    | SO ORDERED, re 13 MOTION for Pro Hac Vice Appearance of Attorney Andrew W. Hayes filed by Altitude Capital Partners LP. Signed by Judge Joseph J. Farnan, Jr. on 2/23/2009. (nms) (Entered: 02/24/2009) |
| 20 | Mar. 02, 2009 | 14 | ANSWERING BRIEF in Opposition re 1 MOTION to Compel filed by SRA LLC.Reply Brief due date per Local Rules is 3/12/2009. (Attachments: # 1 Exhibit 1 - Part 1 of 2, # 2 Exhibit 1 Part 2 of 2, # 3 Exhibit 2)(Barrie, Michael) (Entered: 03/02/2009) |
| 21 | Mar. 02, 2009 | 15 | EXHIBIT re 14 Answering Brief in Opposition (Exhibit 3) by SRA LLC. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Text of Proposed Order)(Barrie, Michael) (Entered: 03/02/2009) |
| 22 | Mar. 02, 2009 | 16 | Disclosure Statement pursuant to Rule 7.1 filed by Altitude Capital Partners LP. (Barrie, Michael) (Entered: 03/02/2009) |
| 23 | Mar. 02, 2009 | 17 | ANSWERING BRIEF in Opposition re 1 MOTION to Compel filed by Altitude Capital Partners LP.Reply Brief due date per Local Rules is 3/12/2009. (Attachments: # 1 Text of Proposed Order)(Barrie, Michael) (Entered: 03/02/2009) |
| 24 | Mar. 04, 2009 | 18 | MOTION for Pro Hac Vice Appearance of Attorney Thomas B. Walsh, IV, Juanita Brooks, and Ramon K. Tabtiang - filed by Google Inc.. (Booker, Gregory) (Entered: 03/04/2009) |
| 25 | Mar. 06, 2009 | 19 | Disclosure Statement pursuant to Rule 7.1 filed by SRA LLC. (Barrie, Michael) (Entered: 03/06/2009) |
| 26 | Mar. 06, 2009 |    | SO ORDERED, re 18 MOTION for Pro Hac Vice Appearance of Attorney Thomas B. Walsh, IV, Juanita Brooks, and Ramon K. Tabtiang filed by Google Inc.. Signed by Judge Joseph J. Farnan, Jr. on 3/6/2009. (nms) (Entered: 03/09/2009) |
| 27 | Mar. 12, 2009 | 20 | REQUEST for Oral Argument by IAC Search & Media Inc. re 1 MOTION to Compel. (Gaza, Anne) (Entered: 03/12/2009) |
| 28 | Mar. 12, 2009 | 21 | REPLY BRIEF re 1 MOTION to Compel filed by IAC Search & Media Inc.. (Gaza, Anne) Modified on 3/13/2009 (nms). (Entered: 03/12/2009) |
| 29 | Mar. 12, 2009 | 22 | DECLARATION re 21 Reply Brief in further support of 1 MOTION to Compel by IAC Search & Media Inc.. (Attachments: # 1 Exhibit T)(Gaza, Anne) Modified on 3/13/2009 (nms). (Entered: 03/12/2009) |
| 30 | Mar. 16, 2009 | 23 | OPPOSITION to 20 Request for Oral Argument for Motion to Compel. (Attachments: # 1 Certificate of Service, # 2 Service List) (Barrie, Michael) Modified on 3/17/2009 (nms). (Entered: 03/16/2009) |
| 31 | Mar. 16, 2009 | 24 | JOINDER by Altitude Capital Partners LP, joining in 23 Objections of SRA, LLC to Movants Request for Oral Argument for Motion to Compel. (Attachments: # 1 Certificate of Service, # 2 |

| | | | Service List)(Barrie, Michael) (Entered: 03/16/2009) |
|---|---|---|---|
| 32 | May 01, 2009 | 25 | NOTICE of Development in Related Cases by Altitude Capital Partners LP (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service, # 4 Service List)(Barrie, Michael) (Entered: 05/01/2009) |
| 33 | May 05, 2009 | 26 | NOTICE of Recent Decision by IAC Search & Media Inc. (Attachments: # 1 Exhibit 1)(Gaza, Anne) (Entered: 05/05/2009) |
| 34 | May 08, 2009 | 27 | NOTICE of Response to Plaintiffs May 5, 2009 Notice of Recent Decision by Altitude Capital Partners LP re 26 Notice (Other) (Attachments: # 1 Certificate of Service, # 2 Service List)(Barrie, Michael) (Entered: 05/08/2009) |
| 35 | May 22, 2009 | 28 | OPINION granting Movant's Motion to Compel D.I. 1 . Signed by Judge Joseph J. Farnan, Jr. on 5/21/2009. (dlk) (Entered: 05/22/2009) |
| 36 | May 22, 2009 | 29 | ORDER granting 1 Motion to Compel re: Opinion D.I. 28 . Signed by Judge Joseph J. Farnan, Jr. on 5/21/2009. (dlk) (Entered: 05/22/2009) |
| 37 | May 22, 2009 | | CASE CLOSED per D.I. 28 & 29 (dlk) (Entered: 05/22/2009) |

Docket updated on Feb. 28, 2007 18:19:25
Update this docket
Track this docket

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00319-JJF

### Langdon v. Google Inc. et al

| | |
|---|---|
| **Date Filed:** | May 17, 2006 |
| **Status:** | open |
| **Nature of suit:** | 440 Civil Rights: Other |
| **Demand:** | $1,166,000 |
| **Assigned to:** | Honorable Joseph J. Farnan, Jr. |
| **Cause:** | 42:1983 Civil Rights Act |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |

## Parties and Attorneys

**Plaintiff**

**Christopher Langdon**

**Attorneys and Firms**

**Christopher Langdon**
1835 Edwin Boulevard
Winter Park, FL 32789
(407)647-7539
PRO SE

**Defendant**

**Google Inc.**
doing business as:**Delaware Google Inc.**

**Attorneys and Firms**

**Kurt M. Heyman**
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Fax: (302) 472-7320
Email:
kheyman@proctorheyman.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Patricia L. Enerio**
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Email:
penerio@proctorheyman.com
ATTORNEY TO BE NOTICED

**Defendant**
**Yahoo! Inc.**
TERMINATED: 02/20/2007

**Attorneys and Firms**
**Daniel V. Folt**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900
Email: dvfolt@duanemorris.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Gary William Lipkin**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900
Email:
gwlipkin@duanemorris.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**
**Time-Warner Companies Inc.**
TERMINATED: 09/19/2006

**Defendant**
**Micro-Soft Corporation**
TERMINATED: 02/20/2007

**Attorneys and Firms**
**Daniel V. Folt**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Gary William Lipkin**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**
**AOL LLC**
TERMINATED: 09/19/2006

**Attorneys and Firms**
**Daniel V. Folt**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Gary William Lipkin**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

## Docket Proceedings    Reverse Proceedings

| Req # | Filed | # | Docket Text |
|---|---|---|---|
| 1 | May 17, 2006 | 1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Google Inc., Yahoo! Inc., Time-Warner Companies Inc., Micro-Soft Corporation ( Filing fee $ 350, receipt number 143490.) - filed by Christopher Langdon. (Attachments: # 1 Civil Cover Sheet # 2 Appendix I# 3 Appendix II# 4 Appendix III# 5 Appendix IV) (bad, ) (Entered: 05/18/2006) |
| 2 | May 17, 2006 | | No Summons Issued (bad, ) (Entered: 05/18/2006) |
| 3 | May 17, 2006 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (bad, ) (Entered: 05/18/2006) |
| 4 | May 17, 2006 | | Remark: Rule 4 mailed to plaintiff. (bad, ) (Entered: 05/18/2006) |
| 5 | May 24, 2006 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 05/24/2006) |
| 6 | May 30, 2006 | 3 | ACKNOWLEDGEMENT OF RECEIPT for F.R. Civ.P. 4. Acknowledgement filed by Christopher Langdon. (afb, ) (Entered: 05/31/2006) |
| 7 | Jun. 05, 2006 | 4 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Micro-Soft Corporation waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 8 | Jun. 05, 2006 | 5 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Time-Warner Companies Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 9 | Jun. 05, 2006 | 6 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Yahoo! Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 10 | Jun. 05, 2006 | 7 | WAIVER OF SERVICE returned executed by Christopher Langdon: For Google Inc. waiver sent on 6/1/2006, answer due 7/31/2006. (afb, ) (Entered: 06/06/2006) |
| 11 | Jun. 05, 2006 | 8 | Letter to the Clerk of the Court from Chris Langdon regarding enclosed waivers of service (D.I. 4 thru 7). (afb, ) (Entered: 06/06/2006) |
| 12 | Jul. 24, 2006 | 9 | NOTICE of Appearance by Kurt Michael Heyman on behalf of Google Inc. (Heyman, Kurt) (Entered: 07/24/2006) |
| 13 | Jul. 24, 2006 | 10 | First MOTION to Dismiss for Failure to State a Claim - filed by Google Inc.. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 14 | Jul. 24, 2006 | 11 | OPENING BRIEF in Support re 10 First MOTION to Dismiss for Failure to State a Claim filed by Google Inc..Answering Brief/Response due date per Local Rules is 8/7/2006. (Heyman, Kurt) (Entered: 07/24/2006) |
| 15 | Jul. 24, 2006 | 12 | DECLARATION re 10 First MOTION to Dismiss for Failure to State a Claim of David DiNucci by Google Inc.. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |

| 16 | Jul. 24, 2006 | 13 | Disclosure Statement pursuant to Rule 7.1 filed by Google Inc.. (Heyman, Kurt) (Entered: 07/24/2006) |
| 17 | Jul. 24, 2006 | 14 | MOTION for Pro Hac Vice Appearance of Attorney David H. Kramer - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 18 | Jul. 24, 2006 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Bart E. Volkmer - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 19 | Jul. 24, 2006 | 16 | MOTION for Pro Hac Vice Appearance of Attorney Tonia Ouellette Klausner - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 20 | Jul. 24, 2006 | 17 | MOTION for Pro Hac Vice Appearance of Attorney Colleen Bal - filed by Google Inc.. (Attachments: # 1 Certification# 2 Certificate of Service)(Heyman, Kurt) (Entered: 07/24/2006) |
| 21 | Jul. 24, 2006 | 18 | MOTION to Dismiss for Failure to State a Claim - filed by Yahoo! Inc.. (Lipkin, Gary) (Entered: 07/24/2006) |
| 22 | Jul. 24, 2006 | 19 | OPENING BRIEF in Support re 18 MOTION to Dismiss for Failure to State a Claim filed by Yahoo! Inc..Answering Brief/Response due date per Local Rules is 8/7/2006. (Lipkin, Gary) (Entered: 07/24/2006) |
| 23 | Jul. 24, 2006 | 20 | MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) - filed by AOL LLC, Micro-Soft Corporation. (Lipkin, Gary) (Entered: 07/24/2006) |
| 24 | Jul. 24, 2006 | 21 | OPENING BRIEF in Support re 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) filed by AOL LLC, Micro-Soft Corporation.Answering Brief/Response due date per Local Rules is 8/7/2006. (Lipkin, Gary) (Entered: 07/24/2006) |
| 25 | Jul. 24, 2006 | 22 | Disclosure Statement pursuant to Rule 7.1 filed by AOL LLC identifying AOL Holdings LLC as Corporate Parent. (Lipkin, Gary) (Entered: 07/24/2006) |
| 26 | Jul. 24, 2006 | 23 | Disclosure Statement pursuant to Rule 7.1 filed by Micro-Soft Corporation. (Lipkin, Gary) (Entered: 07/24/2006) |
| 27 | Jul. 25, 2006 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney Colleen Bal filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 28 | Jul. 25, 2006 | | SO ORDERED, re 16 MOTION for Pro Hac Vice Appearance of Attorney Tonia Ouellette Klausner filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 29 | Jul. 25, 2006 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney David H. Kramer filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 30 | Jul. 25, 2006 | | SO ORDERED, re 15 MOTION for Pro Hac Vice Appearance of Attorney Bart E. Volkmer filed by Google Inc., . Signed by Judge Joseph J. Farnan, Jr. on 7/25/06. (dab, ) (Entered: 07/25/2006) |
| 31 | Aug. 01, 2006 | 24 | MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim, and |

| | | | |
|---|---|---|---|
| | | | MOTION to Amend/Correct Complaint - filed by Christopher Langdon. (Attachments: # 1 Certificate of Service)(dab, ) (Entered: 08/01/2006) |
| 32 | Aug. 01, 2006 | 25 | MOTION for Default Entry and Default Judgment as to Time-Warner Companies Inc. - filed by Christopher Langdon. (Attachments: # 1 Certificate of Service)(dab, ) (Entered: 08/01/2006) |
| 33 | Aug. 01, 2006 | | DEFICIENCY NOTICE by the Court issued to Christopher Langdon re 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. (no service on local counsel for Dfts Yahoo! Inc., Micro-Soft Corp and AOL LLC) (dab, ) (Entered: 08/01/2006) |
| 34 | Aug. 07, 2006 | 26 | Second Certificate of Attempt to Confer on Pltf's Motion for Extension of Time by Christopher Langdon re 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. (dab, ) (Entered: 08/07/2006) |
| 35 | Aug. 07, 2006 | 27 | Addendum to Pltf's Second Certificate of Attempt by Christopher Langdon re 26 Second Certificate of Attempt to confer on Pltf's Motion for an Extension of Time (dab, ) (Entered: 08/07/2006) |
| 36 | Aug. 07, 2006 | | DEFICIENCY NOTICE by the Court issued to Christopher Langdon re 27 Addendum to Pltf's Second Certificate of Attempt to Confer on Pltf's Motion for an Extension of Time. (no cert of service) (dab, ) (Entered: 08/07/2006) |
| 37 | Aug. 07, 2006 | 28 | MOTION for Default Entry and Default Judgment as to Micro-Soft Corporation - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 38 | Aug. 07, 2006 | 29 | Affidavit in Support re 28 MOTION for Default Judgment as to Micro-Soft Corporation, 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct and Affidavit regarding the Mis-Conduct of Attorneys Greg McCurdy, Christopher Wolf and Daniel Folt filed by Christopher Langdon.Answering Brief/Response due date per Local Rules is 8/21/2006. (dab, ) (Entered: 08/07/2006) |
| 39 | Aug. 07, 2006 | 30 | MOTION to Strike MicroSoft's 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 40 | Aug. 07, 2006 | 31 | MOTION to Strike AOL's 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 41 | Aug. 07, 2006 | 32 | MOTION to Strike Yahoo's 18 MOTION to Dismiss for Failure to State a Claim - filed by Christopher Langdon. (dab, ) (Entered: 08/07/2006) |
| 42 | Aug. 14, 2006 | 33 | CERTIFICATE OF SERVICE of Addendum to 2nd Certificate of Attempt to Confer by Christopher Langdon re 27 (maw, ) (Entered: |

|    |               |    | 08/14/2006) |
|----|---------------|----|-------------|
| 43 | Aug. 15, 2006 | 34 | ANSWERING BRIEF in Opposition re 28 MOTION for Default Judgment as to Micro-Soft Corporation, 30 MOTION to Strike 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6), 25 MOTION for Default Judgment as to Time-Warner Companies Inc., 31 MOTION to Strike 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6), 32 MOTION to Strike 18 MOTION to Dismiss for Failure to State a Claim filed by Yahoo! Inc., AOL LLC, Time-Warner Companies Inc., Micro-Soft Corporation.Reply Brief due date per Local Rules is 8/22/2006. (Attachments: # 1 Certificate of Service# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C)(Neiderman, Matt) (Entered: 08/15/2006) |
| 44 | Aug. 17, 2006 | 35 | MOTION for Extension of Time until 8/30/06 to file Response/Reply as to 34 Answering Brief in Opposition, and file a memorandum of law, a second affidavit and a second Motion to Strike re 28 MOTION for Default Judgment as to Micro-Soft Corporation, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. - filed by Christopher Langdon. (dab, ) (Entered: 08/17/2006) |
| 45 | Aug. 18, 2006 | 36 | Disclosure Statement pursuant to Rule 7.1 filed by Yahoo! Inc.. (Lipkin, Gary) (Entered: 08/18/2006) |
| 46 | Aug. 21, 2006 | 37 | RESPONSE to Motion re 35 MOTION for Extension of Time to File Response/Reply as to 28 MOTION for Default Judgment as to Micro-Soft Corporation, 34 Answering Brief in Opposition, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. filed by Yahoo! Inc., AOL LLC, Micro-Soft Corporation. (Attachments: # 1 Certificate of Service)(Lipkin, Gary) Modified on 8/22/2006 (dab, ). (Entered: 08/21/2006) |
| 47 | Aug. 22, 2006 |    | CORRECTING ENTRY: clerk removed duplicate docket text from DI #37 (dab, ) (Entered: 08/22/2006) |
| 48 | Aug. 24, 2006 | 38 | ORDER granting to the extent that Pltf wants to reply to Dfts consolidated opposition to Pltf's Motions for Default and Motions to Strike and denied to the extent that Pltf seeks to file other Documents. re 35 MOTION for Extension of Time to MOTION for Extension of Time to File Response/Reply as to 28 MOTION for Default Judgment as to Micro-Soft Corporation, 34 Answering Brief in Opposition,,, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. MOTION for Extension of Time to File Response/Reply as to 28 MOTION for Default Judgment as to Micro-Soft Corporation 34 Answering Brief in Opposition, 25 MOTION for Default Judgment as to Time-Warner Companies Inc. filed by Christopher Langdon, and granting 24 MOTION for Extension of Time to File Response/Reply as to 10 First MOTION to Dismiss for Failure to State a Claim MOTION to Amend/Correct filed by Christopher Langdon. Pltf shall file any Amended Complaint no later than 9/20/06. Set Briefing Schedule: Setting Deadlines: Answering Briefs due 9/18/2006. Reply Briefs due 9/11/2006.. Signed by Judge Joseph J. Farnan, Jr. on 8/24/06. (dab, ) (Entered: 08/24/2006) |

| 49 | Aug. 24, 2006 | | Set/Reset Deadlines: Amended Pleadings due by 9/20/2006. (dab, ) (Entered: 08/25/2006) |
|----|---------------|----|-----|
| 50 | Sep. 12, 2006 | 39 | PLAINTIFF'S RESPONSE TO CONSOLIDATED OPPOSITION TO 28 MOTION for Default Judgment as to Micro-Soft Corporation, 31 MOTION to Strike 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6), 32 MOTION to Strike 18 MOTION to Dismiss for Failure to State a Claim, 30 MOTION to Strike 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6), 25 MOTION for Default Judgment as to Time-Warner Companies Inc. - filed by Christopher Langdon. (maw, ) (Entered: 09/12/2006) |
| 51 | Sep. 12, 2006 | 40 | NOTICE of Appearance by Daniel V. Folt on behalf of Yahoo! Inc., AOL LLC, Micro-Soft Corporation (Folt, Daniel) (Entered: 09/12/2006) |
| 52 | Sep. 19, 2006 | 41 | ANSWERING BRIEF in Opposition re 10 First MOTION to Dismiss for Failure to State a Claim filed by Christopher Langdon.Reply Brief due date per Local Rules is 9/26/2006. (dab, ) (Entered: 09/19/2006) |
| 53 | Sep. 19, 2006 | 42 | ANSWERING BRIEF in Opposition re 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) filed by Christopher Langdon.Reply Brief due date per Local Rules is 9/26/2006. (dab, ) (Entered: 09/19/2006) |
| 54 | Sep. 19, 2006 | 43 | NOTICE of Voluntary Dismissal in part without Prejudice by Christopher Langdon as to Time Warner Inc and its subsidiary AOL. Any and all claims against the remaining defendants for violations of: the Commerce Clause; any anti-trust laws, state or federal; and any violations of the Communications Act. (dab, ) (Entered: 09/19/2006) |
| 55 | Sep. 21, 2006 | 44 | AMENDED COMPLAINT with jury demand against Google Inc., Yahoo! Inc., Micro-Soft Corporation- filed by Christopher Langdon.(maw, ) (Entered: 09/21/2006) |
| 56 | Sep. 22, 2006 | 45 | Stipulated Scheduling Order Regarding Response to Amended Complaint - filed by Google Inc.. (Heyman, Kurt) Modified on 9/25/2006 (dab, ). (Entered: 09/22/2006) |
| 57 | Sep. 25, 2006 | 46 | REPLY to Response to Motion re 18 MOTION to Dismiss for Failure to State a Claim, 20 MOTION to Dismiss for Failure to State a Claim Under Rule 12(b)(6) filed by Yahoo! Inc., Micro-Soft Corporation. (Lipkin, Gary) (Entered: 09/25/2006) |
| 58 | Sep. 26, 2006 | 47 | MOTION for Extension of Time to File Response/Reply as to 44 Amended Complaint - filed by Yahoo! Inc., Micro-Soft Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Text of Proposed Order)(Lipkin, Gary) (Entered: 09/26/2006) |
| 59 | Sep. 26, 2006 | | SO ORDERED, re 45 MOTION for Scheduling Order Regarding Response to Amended Complaint filed by Google Inc.,, Set/Reset Answer Deadlines: Google Inc. answer due 10/16/2006. Any Motion to Dismiss shall be accompanied by an opening brief. Pltf's answering brief to any Motion to Dismiss shall be filed by 11/6/06 and Dft Google Inc's reply brief shall be filed by 11/20/06.. Signed by Judge Joseph J. Farnan, Jr. on 9/26/06. (dab, ) (Entered: |

| | | | 09/27/2006) |
|---|---|---|---|
| 60 | Sep. 28, 2006 | 48 | Corrections to 44 Amended Complaint filed by Pltf Christopher Langdon. (dab, ) (Entered: 09/28/2006) |
| 61 | Sep. 28, 2006 | 49 | SECOND AFFIDAVIT RE Microsoft's Fraud filed by Christopher Langdon. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Certificate of Service)(dab, ) (Entered: 09/28/2006) |
| 62 | Sep. 28, 2006 | 50 | ORDER granting 47 Motion for Extension of Time to File Response/Reply re as to 44 Amended Complaint. Responses due by 10/16/2006. Pltf's answering brief in opposition to any motions to dismiss shall be filed on or before 11/6/06. Dft Yahoo! and Microsoft Corp's reply brief in support of their motions to dismiss shall be filed on or before 11/20/06.. Signed by Judge Joseph J. Farnan, Jr. on 9/28/06. (dab, ) (Entered: 09/28/2006) |
| 63 | Sep. 28, 2006 | | Set Briefing Schedule: Re Motions to Dismiss Answering Brief due 11/6/2006.Reply Brief due 11/20/2006. (dab, ) (Entered: 09/28/2006) |
| 64 | Oct. 16, 2006 | 51 | MOTION to Dismiss for Failure to State a Claim in the Amended Complaint - filed by Google Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Affidavit Certificate of Service)(Heyman, Kurt) (Entered: 10/16/2006) |
| 65 | Oct. 16, 2006 | 52 | DECLARATION re 51 MOTION to Dismiss for Failure to State a Claim in the Amended Complaint of David DiNucci by Google Inc.. (Attachments: # 1 Exhibit A# 2 Affidavit Certificate of Service)(Heyman, Kurt) (Entered: 10/16/2006) |
| 66 | Oct. 16, 2006 | 53 | OPENING BRIEF in Support re 51 MOTION to Dismiss for Failure to State a Claim in the Amended Complaint filed by Google Inc..Answering Brief/Response due date per Local Rules is 10/30/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Heyman, Kurt) (Entered: 10/16/2006) |
| 67 | Oct. 16, 2006 | 54 | MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss the Amended Complaint) - filed by Yahoo! Inc.. (Lipkin, Gary) (Entered: 10/16/2006) |
| 68 | Oct. 16, 2006 | 55 | OPENING BRIEF in Support re 54 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss the Amended Complaint) filed by Yahoo! Inc..Answering Brief/Response due date per Local Rules is 10/30/2006. (Lipkin, Gary) (Entered: 10/16/2006) |
| 69 | Oct. 16, 2006 | 56 | MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss Amended Complaint) - filed by Micro-Soft Corporation. (Neiderman, Matt) (Entered: 10/16/2006) |
| 70 | Oct. 16, 2006 | 57 | OPENING BRIEF in Support re 56 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss Amended Complaint) filed by Micro-Soft Corporation.Answering Brief/Response due date per Local Rules is 10/30/2006. (Attachments: # 1 Exhibit 1) (Neiderman, Matt) (Entered: 10/16/2006) |
| 71 | Oct. 16, 2006 | 58 | Compendium of Unreported Decisions re 57 Opening Brief in Support, Of Motion To Dismiss Plaintiff's Amended Complaint by |

| | | | |
|---|---|---|---|
| | | | Micro-Soft Corporation. (Neiderman, Matt) (Entered: 10/16/2006) |
| 72 | Oct. 17, 2006 | 59 | JOINDER by Google Inc., joining in 55 Opening Brief in Support, 57 Opening Brief in Support,, 56 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss Amended Complaint), 51 MOTION to Dismiss for Failure to State a Claim in the Amended Complaint, 54 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss the Amended Complaint), 53 Opening Brief in Support,. (Heyman, Kurt) (Entered: 10/17/2006) |
| 73 | Oct. 27, 2006 | 60 | STIPULATION TO EXTEND TIME "for all parties for pleading" to 15 day extension - filed by Christopher Langdon; See DI 24 and DI 35 for prior extensions. (bkb, ) (Entered: 10/27/2006) |
| 74 | Nov. 01, 2006 | | SO ORDERED, re 60 STIPULATION TO EXTEND TIME "for all parties for pleading" to 15 day extension filed by Christopher Langdon. Set Briefing Schedule: Answering Brief re Motions to Dismiss due 11/21/2006. Reply Brief due 12/5/2006 Signed by Judge Joseph J. Farnan, Jr. on 11/1/2006. (maw, ) (Entered: 11/01/2006) |
| 75 | Nov. 01, 2006 | | Set Briefing Schedule re Motions to Dismiss: Answering Brief due 11/21/2006.Reply Brief due 12/5/2006. (maw, ) (Entered: 11/01/2006) |
| 76 | Nov. 22, 2006 | 61 | ANSWERING BRIEF in Opposition re 56 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss Amended Complaint), 54 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss the Amended Complaint) filed by Christopher Langdon.Reply Brief due date is 12/5/2006. (dab) (Entered: 11/22/2006) |
| 77 | Nov. 28, 2006 | 62 | STIPULATION TO EXTEND TIME of Reply Briefs in support of Defendants' Motions to Dismiss the Amended Complaint to December 22, 2006 - filed by Google Inc.. (Heyman, Kurt) (Entered: 11/28/2006) |
| 78 | Nov. 30, 2006 | | SO ORDERED, re 62 STIPULATION TO EXTEND TIME of Reply Briefs in support of Defendants' Motions to Dismiss the Amended Complaint to December 22, 2006, filed by Google Inc., Set Briefing Schedule: Reply Brief due 12/22/2006 for 51, 54 and 56. Signed by Judge Joseph J. Farnan, Jr. on 11/30/2006. (maw) (Entered: 11/30/2006) |
| 79 | Dec. 22, 2006 | 63 | REPLY BRIEF re 51 MOTION to Dismiss for Failure to State a Claim in the Amended Complaint filed by Google Inc.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Enerio, Patricia) (Entered: 12/22/2006) |
| 80 | Dec. 22, 2006 | 64 | REPLY BRIEF re 54 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss the Amended Complaint) filed by Yahoo! Inc.. (Lipkin, Gary) (Entered: 12/22/2006) |
| 81 | Dec. 22, 2006 | 65 | REPLY BRIEF re 56 MOTION to Dismiss for Failure to State a Claim (Motion to Dismiss Amended Complaint) filed by Micro-Soft Corporation. (Lipkin, Gary) (Entered: 12/22/2006) |
| 82 | Feb. 20, 2007 | 66 | AFFIDAVIT of Christopher Langdon regarding new information filed by Christopher Langdon. (lec) (Entered: 02/21/2007) |
| 83 | Feb. 20, 2007 | 67 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, |

| | | | Jr. on 2/20/2007. (lec) (Entered: 02/21/2007) |
|---|---|---|---|
| 84 | Feb. 20, 2007 | 68 | ORDER DENYING AS MOOT D.I. # 10Google Inc.'s First Motion to Dismiss; DENYING AS MOOT D.I. # 18Yahoo! Inc.'s Motion to Dismiss; DENYING AS MOOT D.I. #20 Microsoft Corp.'s Motion to Dismiss; DENYING AS MOOT D.I. # 25 Pltff's Motion for Default Entry and Default Judgment against Time Warner, Inc. and AOL; DENYING D.I. # 25 Pltff's Motion for Default Entry and Default Judgment against Yahoo! Inc.; DENYING D.I. # 28 Pltff's Motion for Default Entry and Default Judgment Against Microsoft, D.I. # 30 Pltff's Motion To Strike ; DENYING AS MOOT D.I. # 31 Pltff's Motion To Strike ; DENYING AS MOOT D.I. # 32 Pltff's Motion To Strike; DENYING AND GRANTING IN PART D.I. # 51 Google Inc.'s Motion to Dismiss; GRANTING D.I. # 54 Yahoo! Inc.'s Motion To Dismiss; GRANTING D.I. # 56 Microsoft Corp.'s Motion To Dismiss ( See Order for Details). Signed by Judge Joseph J. Farnan, Jr. on 2/20/2007. (lec) (Entered: 02/21/2007) |
| 85 | Feb. 27, 2007 | 69 | SCHEDULING ORDER: Discovery due by 5/31/2007.,Dispositive Motions due by 6/18/2007.,Pretrial Conference set for 9/6/2007 at 12:30 PM in Courtroom 4B before Honorable Joseph J. Farnan, Jr. Trial will be scheduled at the Pretrial Conference. Signed by Judge Joseph J. Farnan, Jr. on 2/27/2007. (lec) (Entered: 02/27/2007) |
| 86 | Feb. 27, 2007 | 70 | MOTION for Reconsideration re 68 Order on Motion for Default Judgment, Order on Motion to Strike, Order on Motion to Dismiss/Failure to State Claim, 67 Memorandum Opinion - filed by Google Inc. (Attachments: # 1 Text of Proposed Order Proposed Order)(Enerio, Patricia) (Entered: 02/27/2007) |
| 87 | Feb. 27, 2007 | 71 | MEMORANDUM in Support re 70 MOTION for Reconsideration re 68 Order on Motion for Default Judgment, Order on Motion to Strike, Order on Motion to Dismiss/Failure to State Claim, 67 Memorandum Opinion MOTION for Reconsideration re 68 Order on Motion for Default Judgment, Order on Motion to Strike, Order on Motion to Dismiss/Failure to State Claim, 67 Memorandum Opinion filed by Google Inc. Answering Brief/Response due date per Local Rules is 3/16/2007. (Attachments: # 1 Exhibit Exhibit A) (Enerio, Patricia) (Entered: 02/27/2007) |
| 88 | Feb. 28, 2007 | 72 | MOTION for Extension of Time to file a Motion to Reconsider re D.I. 67 Memorandum. - filed by Christopher Langdon. (lec) (Entered: 02/28/2007) |
| 89 | Feb. 28, 2007 | 73 | RESPONSE to Motion re 72 MOTION for Extension of Time to File for Reargument filed by Yahoo! Inc., Micro-Soft Corporation. (Lipkin, Gary) (Entered: 02/28/2007) |

# EXHIBIT 4

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DELAWARE** | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,206 | 1,065 | 1,077 | 1,190 | 1,797 | 1,362 | U.S. | Circuit |
| | Terminations | | 1,222 | 975 | 1,419 | 1,448 | 1,516 | 1,507 | | |
| | Pending | | 1,482 | 1,511 | 1,501 | 1,853 | 2,085 | 1,836 | | |
| | % Change in Total Filings | Over Last Year | | 13.2 | | | | | 8 | 2 |
| | | Over Earlier Years | | | 12.0 | 1.3 | -32.9 | -11.5 | 60 | 5 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 12.0 | 9.5 | .0 | .0 | .0 | 1.9 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 302 | 267 | 270 | 298 | 449 | 340 | 78 | 5 |
| | | Civil | 246 | 218 | 233 | 264 | 414 | 306 | 65 | 5 |
| | | Criminal Felony | 47 | 38 | 30 | 28 | 29 | 25 | 74 | 4 |
| | | Supervised Release Hearings** | 9 | 11 | 7 | 6 | 6 | 9 | 84 | 4 |
| | Pending Cases | | 371 | 378 | 375 | 463 | 521 | 459 | 49 | 5 |
| | Weighted Filings** | | 443 | 379 | 367 | 422 | 534 | 424 | 44 | 3 |
| | Terminations | | 306 | 244 | 355 | 362 | 379 | 377 | 76 | 5 |
| | Trials Completed | | 26 | 21 | 15 | 20 | 19 | 23 | 25 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.6 | 8.5 | 9.3 | 9.4 | 9.1 | 8.3 | 45 | 1 |
| | | Civil** | 11.2 | 12.5 | 16.8 | 10.9 | 14.0 | 11.2 | 80 | 5 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 27.0 | 26.0 | 23.5 | 26.0 | 24.0 | 40 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 175 | 108 | 142 | 156 | 65 | 66 | | |
| | | Percentage | 13.8 | 8.2 | 10.6 | 9.1 | 3.4 | 3.9 | 85 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 46.03 | 41.56 | 39.60 | 39.82 | 38.50 | 34.98 | | |
| | | Percent Not Selected or Challenged | 28.8 | 31.7 | 24.1 | 22.8 | 20.9 | 24.0 | | |

| **2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 984 | 38 | 8 | 260 | 12 | 3 | 24 | 95 | 50 | 214 | 117 | 22 | 141 |
| Criminal* | 186 | 3 | 30 | 24 | 66 | 33 | 3 | 13 | 7 | 3 | - | 1 | 3 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\** See "Explanation of Selected Terms."

EXHIBIT 5

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

|  |  |  | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,295 | 7,970 | 8,683 | 6,362 | 6,727 | 6,919 | | |
| | Terminations | | 7,402 | 6,777 | 6,983 | 6,966 | 6,471 | 7,094 | | |
| | Pending | | 8,882 | 9,005 | 8,157 | 6,557 | 7,267 | 7,567 | | |
| | % Change in Total Filings | Over Last Year | | -8.5 | | | | | 78 | 12 |
| | | Over Earlier Years | | | -16.0 | 14.7 | 8.4 | 5.4 | 20 | 1 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | 5.9 | .0 | .0 | .0 | .0 | 3.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 521 | 569 | 620 | 455 | 480 | 494 | 22 | 6 |
| | | Civil | 441 | 505 | 558 | 390 | 413 | 424 | 10 | 2 |
| | | Criminal Felony | 42 | 33 | 37 | 39 | 44 | 47 | 78 | 14 |
| | | Supervised Release Hearings** | 38 | 31 | 25 | 26 | 23 | 23 | 19 | 8 |
| | Pending Cases | | 634 | 643 | 583 | 468 | 519 | 541 | 10 | 2 |
| | Weighted Filings** | | 592 | 624 | 621 | 543 | 581 | 631 | 10 | 3 |
| | Terminations | | 529 | 484 | 499 | 498 | 462 | 507 | 17 | 5 |
| | Trials Completed | | 6 | 8 | 8 | 10 | 10 | 11 | 93 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.4 | 11.2 | 12.6 | 11.1 | 11.7 | 72 | 13 |
| | | Civil** | 7.7 | 6.7 | 7.4 | 9.8 | 8.2 | 10.6 | 22 | 4 |
| | From Filing to Trial** (Civil Only) | | 30.0 | 24.9 | 25.0 | 28.0 | 22.5 | 30.3 | 61 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 488 | 393 | 528 | 530 | 430 | 377 | | |
| | | Percentage | 6.0 | 4.7 | 7.3 | 9.5 | 6.9 | 5.7 | 53 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.2 | 1.5 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 64.09 | 53.81 | 59.09 | 55.21 | 61.19 | 65.00 | | |
| | | Percent Not Selected or Challenged | 42.1 | 41.9 | 43.2 | 31.0 | 48.9 | 40.9 | | |

| **2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6175 | 97 | 326 | 1877 | 92 | 75 | 564 | 557 | 246 | 479 | 710 | 162 | 990 |
| Criminal* | 575 | 3 | 83 | 221 | 75 | 83 | 19 | 39 | 4 | 10 | 13 | 5 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."