IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PERSONALIZED USER MODEL LLP,  :
      Plaintiff,  :
  v.  : Civil Action No. 09-525-JJF
GOOGLE, INC.,  :
      Defendant.  :

### ORDER

At Wilmington, this 27 of October 2009, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Google's Motion To Transfer Venue To The Northern District Of California (D.I. 9) is **DENIED**.

                                    _____
                                    UNITED STATES DISTRICT JUDGE