IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PERSONALIZED USER MODEL, L.L.P, :
:
       Plaintiff,          :
:
  v.                              :   Civil Action No. 09-525 JJF
:
GOOGLE, INC.,              :
:
       Defendant.          :

**O R D E R**

WHEREAS, the Court denied Defendant's Motion To Transfer Venue (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Counsel shall confer and submit to the Court a Joint Proposed Rule 16 Scheduling Order by **December 14, 2009**.

2. Parties <u>shall use the attached form of order</u> for the purpose of preparing the proposed order. A firm Trial date may be set, therefore parties should be prepared to provide the Court with the agreed upon dates and discovery limitations.

3. The parties shall direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

 November 23, 2009                              /s/ Joseph J. Farnan, Jr.
      DATE                                      UNITED STATES DISTRICT JUDGE