## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I electronically filed the DECLARATION OF

DONALD P. JACOBS in support of Brief of Defendant LTech Consulting, LLC in Support of

Its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Matthew F. Lintner | M. Duncan Grant |
| Morris James LLP | Maria L. Panichelli |
| 500 Delaware Avenue, Suite 1500 | PEPPER HAMILTON LLP |
| Wilmington, DE 19801 | Hercules Plaza, Suite 5100 |
| | 1313 N. Market Street |
| | P.O. Box 1709 |
| | Wilmington, DE 19899-1709 |

I hereby certify that on August 31, 2009, I have mailed by United States Postal Service,

the document(s) to the following non-registered participants:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

COLE SCHOTZ MEISEL FORMAN &
LEONARD, P.A.

Michael F. Bonkowski (No. 2219)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 295-4913 (Phone)
(302) 652-3117 (Fax)
mbonkowski@coleschotz.com
Attorneys for Defendant,
LTech Consulting, LLC

Dockets.Justia.com