IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE, INC., ) <br> ) <br> Defendant. ) | C.A. No. 09-525-JJF <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on January 19, 2010 upon the following attorneys of record at the following addresses as indicated:

**DEFENDANT GOOGLE, INC.'S:**

1. **FIRST SET OF INTERROGATORIES TO PLAINTIFF PERSONALIZED USER MODEL, L.L.P.**

2. **FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PERSONALIZED USER MODEL, L.L.P.**

**VIA ELECTRONIC MAIL**

Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200
klouden@mnat.com
jtigan@mnat.com

Marc S. Friedman
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212-768-6700
mfriedman@sonnenschein.com

                                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:                                   By: */s/ David E. Moore*
                                              Richard L. Horwitz (#2246)
Charles K. Verhoeven                          David E. Moore (#3983)
David A. Perlson                              Hercules Plaza, 6th Floor
Brian C. Cannon                               1313 N. Market Street
QUINN EMANUEL URQUHART OLIVER                 Wilmington, DE 19801
& HEDGES, LLP                                 Tel: (302) 984-6000
555 Twin Dolphin Drive, Suite 560             rhorwitz@potteranderson.com
Redwood Shores, CA 94065                      dmoore@potteranderson.com
Tel.: (650) 801-5000
                                              *Attorneys for Defendant Google, Inc.*

Dated: January 20, 2010
950266 / 34638

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 20, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 20, 2010, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com
jtigan@mnat.com

Marc S. Friedman
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
mfriedman@sonnenschein.com

Yar R. Chaikovsky
Jimmy M. Shin
Jennifer D. Bennett
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
ychaikovsky@sonnenschein.com
jshin@sonnenschein.com
jbennett@sonnenschein.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

932168 / 34638