**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:09-cv-00494-GMS |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
| Defendants. | ) |

**REPLY STATEMENT OF DEFENDANT GOOGLE INC.**
**IN SUPPORT OF ITS MOTION TO DISMISS**

On August 31, 2009, defendants Google Inc. ("Google") and LTech Consulting, LLC filed motions to dismiss. On September 30, 2009, plaintiff Market America, Inc. filed an Amended Complaint and a Combined Answering Brief of Plaintiff Market America, Inc. in Opposition to Defendant Google, Inc. and Defendant LTech Consulting, LLC's Motions to Dismiss.

Because Market America has filed an Amended Complaint, Google's August 31 Motion to Dismiss is moot and is therefore withdrawn. Google will respond to Market



Dockets.Justia.com

America's Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Court's local rules.

Respectfully submitted,

/s/ *Maria L. Panichelli*
M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
grantm@pepperlaw.com
panichellim@pepperlaw.com

*Attorneys for Defendant Google Inc.*

OF COUNSEL:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
ginenskya@pepperlaw.com
toyohtaa@pepperlaw.com

Dated: October 15, 2009

**CERTIFICATE OF SERVICE**

I, Maria L. Panichelli, hereby certify that on October 15, 2009 a true and correct copy of the foregoing Reply Statement of Defendant Google Inc. in support of its Motion to Dismiss was filed with the Clerk of Court using CM/ECF, which will send notification to the following counsel of record:

Matthew F. Lintner
Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*Attorney for Plaintiff Market America, Inc.*

Michael F. Bonkowski
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Attorney for Defendant LTech Consulting, LLC*

/s/ *Maria L. Panichelli*
Maria L. Panichelli (#5047)