# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKET AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:09-cv-00494-GMS |
| | ) |
| GOOGLE INC. and | ) |
| LTECH CONSULTING, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT GOOGLE INC'S MOTION TO DISMISS
## COUNTS I, II, AND III OF THE AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Google Inc. moves to dismiss Counts I, II, and III of the Amended Complaint with prejudice for the reasons set forth in the accompanying Opening Brief in Support of its Motion to Dismiss.

Respectfully Submitted,

*/s/ Maria L. Panichelli*

OF COUNSEL:

Amy B. Ginensky
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
ginenskya@pepperlaw.com
toyohtaa@pepperlaw.com

M. Duncan Grant (Del. Bar No. 2994)
Maria L. Panichelli (Del. Bar No. 5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
grantm@pepperlaw.com
panichellim@pepperlaw.com

Dated: October 19, 2009

*Attorneys for Defendant Google Inc.*

#11603840 v1

# CERTIFICATE OF SERVICE

I, Maria L. Panichelli, hereby certify that on October 19, 2009 a true and correct copy of Defendant Google Inc.'s Motion to Dismiss Counts I, II, and III of the Amended Complaint was filed with the Clerk of Court using CM/ECF, which will send notification to the following counsel of record:

        Matthew F. Lintner
        Richard K. Herrmann
        Morris James LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, DE 19801

        *Attorney for Plaintiff Market America, Inc.*

        Michael F. Bonkowski
        Cole, Schotz, Meisel, Forman & Leonard, P.A.
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801

        *Attorney for Defendant LTech Consulting, LLC*

        /s/ *Maria L. Panichelli*
        Maria L. Panichelli (#5047)