**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-525-LPS |
| | ) | |
| GOOGLE INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO**
**DEFENDANT GOOGLE'S OPENING BRIEF ON CLAIM CONSTRUCTION**

**VOLUME II of II**

**Exhibits C-F**

OF COUNSEL:

Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California St.
San Francisco, CA 94111
Tel.: (415) 875-6600

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Google Inc.*

Dated: November 17, 2010
990182 / 34638

## TABLE OF EXHIBITS

| | |
|---|---|
| A | U.S. Patent No. 6,981,040 |
| B | U.S. Patent No. 7,685,276 |
| C | The prosecution history of U.S. Patent No. 6,981,040 |
| D | Excerpt from The American Heritage College Dictionary (4th ed.) |
| E | Excerpt, Christopher D. Manning & Hinrich Schutze, Foundations of Statistical Natural Language Processing |
| F | Excerpt from The Concise Oxford Dictionary of Current English (9th ed.) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 17, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 17, 2010, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com
jtigan@mnat.com

Marc S. Friedman
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
marc.friedman@snrdenton.com

Jimmy M. Shin
Jennifer D. Bennett
SNR Denton US LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
james.shin@snrdenton.com
jennifer.bennett@snrdenton.com

Mark C. Nelson
SNR Denton US LLP
2000 McKinney, Suite 1900
Dallas, TX 75201
mark.nelson@snrdenton.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

932168 / 34638