# EXHIBIT D

# *The* American Heritage® College Dictionary

FOURTH EDITION

Houghton Mifflin Company
Boston • New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
p.cm.
Based on the fourth ed. of the American Heritage dictionary.
ISBN 0-618-09848-8 (thumb edge) --
ISBN 0-618-19604-8 (deluxe binding)
1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21

2001039826

Manufactured in the United States of America

ɔrĭ-pĕns′) adj. Contemplated or arranged in ad
ditated: *malice prepense.* [< ME, p. part. of pur-
meditate < AN *purpenser* : *pur-*, before (< Lat. *pro-*
*penser*, to think (< Lat. *pēnsāre*).] —**pre•pense′ly**

**r•ance** (prĭ-pŏn′dər-əns) also **pre•pon•der•an**
. Superiority in weight, force, importance, or influ

**r•ant** (prĭ-pŏn′dər-ənt) *adj.* Having superior
;, importance, or influence. —**pre•pon′der•ant•ly**

**ɪr•ate** (prĭ-pŏn′də-rāt′) *intr.v.* -at•ed, -at•ing
:xceed something else in weight. 2. To be greater than
:lse, as in quantity or importance; predominate. ❖
) Preponderant. [Lat. *praeponderāre*, *praeponderāt-*
+ *ponderāre*, to weigh.] —**pre•pon′der•ate•ly** *adv.*
**′der•a′tion** *n.*

**tion¹** (prĕp′ə-zĭsh′ən) *n.* A word or phrase placed
fore a substantive and indicating the relation of that
to a verb, an adjective, or another substantive, as Eng.
*with, from,* and *in regard to.* [ME *preposicioun* < OFr.
< Lat. *praepositiō, praepositiōn-*, a putting before,
n (transl. of Gk. *prothesis*) < *praepositus*, p. part. of
, to put in front : *prae-*, pre- + *pōnere*, to put; see apo-

**TE** The doctrine that a preposition may not be used
ntence has become one of the most venerated maxims
oom grammatical lore. However, English syntax allows
imes requires final placement of the preposition. Such
is the only possible one in a sentence such as *We have*
*e thankful for.* • Even sticklers for the traditional rule
no grounds for criticizing sentences such as *Where will*
*o?* or *It's the most curious book I've ever run across.* In
nples, *up* and *across* are used as adverbs, not preposi

**i•tion²** also **pre•po•si•tion** (prē′pə-zĭsh′ən) *tr.v.*
**-tion•ing, -tions** To place in position in advance.
**i•tion•al** (prĕp′ə-zĭsh′ə-nəl) *adj.* Relating to or used as
tion. —**prep′o•si′tion•al•ly** *adv.*
**ional phrase** *n.* A phrase that consists of a preposition
bject and has adjectival or adverbial value, such as *in the*
*the people in the house.*
**•i•tive** (prĭ-pŏz′ĭ-tĭv) *Grammar adj.* Occurring or
efore another word. ❖ *n.* A prepositive word or particle.
*raepositīvus* < Lat. *praepositus*, p. part. of *praepōnere*, to
:ont. See PREPOSITION¹.] —**pre•pos′i•tive•ly** *adv.*
**:•sess** (prē′pə-zĕs′) *tr.v.* **-sessed, -sess•ing, -sess•es 1.**
occupy the mind of to the exclusion of other thoughts or
. **2a.** To influence beforehand against or in favor of
ıe or something; prejudice. **b.** To impress favorably in ad

**s•sess•ing** (prē′pə-zĕs′ĭng) *adj.* **1.** Serving to impress fa
; pleasing: *a prepossessing appearance.* **2.** *Archaic* Causing
ce. —**pre′pos•sess′ing•ly** *adv.*
**s•ses•sion** (prē′pə-zĕsh′ən) *n.* **1.** A preconception or
ice. **2.** The state of being preoccupied with thoughts, opi
r feelings.
**s•ter•ous** (prĭ-pŏs′tər-əs) *adj.* Contrary to nature, rea
: common sense; absurd. [< Lat. *praeposterus*, inverted, ab
able : *prae-*, pre- + *posterus*, coming behind (< *post*, be
see **apo-** in App.).] —**pre•pos′ter•ous•ly** *adv.* —**pre**
**ər•ous•ness** *n.*
**o•ten•cy** (prē-pōt′n-sē) *n.* **1.** The condition of being
r in power, influence, or force than another or others; pre
nance. **2.** *Genetics* The ability of one parent, variety, or
to transmit individual traits to an offspring, apparently to
xclusion of the other parent, variety, or strain.
**o•tent** (prē-pōt′nt) *adj.* **1.** Greater in power, influence, or
than another or others; predominant. **2.** *Genetics* Of, hav
or exhibiting prepotency. [ME < Lat. *praepotēns*, *praepotent-*
art. of *praeposse*, to be more powerful : *prae-*, pre- + *posse*
able or powerful; see **poti-** in App.] —**pre•po′tent•ly** *adv.*
**•py** or **prep•pie** (prĕp′ē) *Informal n., pl.* **-pies 1.** A student
ormer student of a preparatory school. **2.** A person whose
ner and dress are deemed typical of traditional preparatory
ols. ❖ *adj.* **-pi•er, -pi•est** Of or relating to a preppy or a prepara
tory school. [PREP(ARATORY SCHOOL) + -Y¹.] —**prep′pi**
—**prep′pi•ness** *n.*
**pran•di•al** (prē-prăn′dē-əl) *adj.* Before a meal, esp. dinner
*eprandial walk.*
**print** (prē′prĭnt′) *n.* Something printed and often distrib
d in partial or preliminary form in advance of official publica
*a preprint of a scientific article.* ❖ *tr.v.* (prē-prĭnt′) **-print**
**-print•ing, -prints** To print in advance.
**•proc•ess** (prē-prŏs′ĕs′, -prō′sĕs′) *tr.v.* **-essed, -ess•ing**
**s•es** To perform preliminary processing on (data, for
ımple). —**pre•proc′es•sor** *n.*
**p school** *n. Informal* A preparatory school.
**•puce** (prē′pyo͞os′) *n.* **1.** See **foreskin. 2.** A loose fold of skin
vering the glans clitoridis. [ME < OFr. < Lat. *praeputium* : *prae-*,

pre- + **pūtos*, penis.] —**pre•pu′tial** (-pyo͞o′shəl) *adj.*
**pre•pu•pa** (prē-pyo͞o′pə) *n. pl* **-pae** (-pē) or **-pas 1.** An inactive
stage just before the pupa in the development of certain insects.
**2.** The prepupal form of an insect. —**pre•pu′pal** *adj.*
**pre•quel** (prē′kwəl) *n.* A literary, dramatic, or cinematic work
whose narrative takes place before that of a preexisting work or a
sequel. [PRE- + (SE)QUEL.]
**Pre-Raph•a•el•ite** also **pre-Raph•a•el•ite** (prē-răf′ē-ə-līt′,
-rā′fē-) *n.* A painter or writer belonging to or influenced by the
Pre-Raphaelite Brotherhood, a society founded in England in
1848 to advance the style and spirit of Italian painting before
Raphael. ❖ *adj.* Of, relating to, or characteristic of the Pre-Raph-
aelites. —**Pre-Raph′a•el•it′ism** *n.*
**pre•re•lease** (prē′rĭ-lēs′) *n.* Something released before a sched-
uled date. —**pre′re•lease′** *adj.*
**pre•req•ui•site** (prē-rĕk′wĭ-zĭt) *adj.* Required or necessary as a
prior condition. ❖ *n.* Something that is prerequisite, as a course
that is required prior to taking an advanced course.
**pre•rog•a•tive** (prĭ-rŏg′ə-tĭv) *n.* **1.** An exclusive right or privi-
lege held by a person or group, esp. a hereditary or official right.
See Syns at **right. 2.** The exclusive right and power to command,
decide, rule, or judge. **3.** A special quality that confers superiority.
❖ *adj.* Of, arising from, or exercising a prerogative. [ME < OFr.
< Lat. *praerogātīva*, fem. of *praerogātīvus*, asked first
< *praerogātus*, p. part. of *praerogāre*, to ask before : *prae-*, pre- +
*rogāre*, to ask; see **reg-** in App.] —**pre•rog′a•tived** *adj.*
**pres.** *abbr.* **1.** present **2.** or **Pres.** president
**pres•age** (prĕs′ĭj) *n.* **1.** An indication or warning of a future oc-
currence; an omen. **2.** A feeling or intuition of what is going to
occur; a presentiment. **3.** Prophetic significance or meaning. **4.**
*Archaic* A prediction. ❖ *v.* **pre•sage** (prĭ-sāj′, prĕs′ĭj) **-saged,**
**-sag•ing, -sag•es** —*tr.* **1.** To indicate or warn of in advance;
portend. **2.** To have a presentiment of. **3.** To foretell or predict.
—*intr.* To make or utter a prediction. [ME < Lat. *praesāgium*
< *praesāgīre*, to perceive beforehand : *prae-*, pre- + *sāgīre*, to per-
ceive.] —**pre•sage′ful** (prĭ-sāj′fəl) *adj.*
**Presb.** or **Presby.** *abbr.* Presbyterian
**pres•by•ope** (prĕz′bē-ōp′, prĕs′-) *n.* A person affected with
presbyopia.
**pres•by•o•pi•a** (prĕz′bē-ō′pē-ə, prĕs′-) *n.* Inability of the eye
to focus sharply on nearby objects, resulting from loss of elastic-
ity of the crystalline lens with advancing age. [NLat. : Gk. *presbus*,
old man; see **per¹** in App. + -OPIA.] —**pres′by•op′ic** (-ŏp′ĭk,
-ō′pĭk) *adj.*
**pres•by•ter** (prĕz′bĭ-tər, prĕs′-) *n.* **1.** A priest in various hierar-
chical churches. **2a.** A teaching elder in the Presbyterian Church.
**b.** A ruling elder in the Presbyterian Church. **3.** An elder of the
congregation in the early Christian church. [LLat. < Gk. *presbu-*
*teros*, comp. of *presbus*, old man. See **per¹** in App.]
**pres•byt•er•ate** (prĕz-bĭt′ər-ĭt, -ə-rāt′, prĕs-) *n.* **1.** The office
of a presbyter. **2.** A body or an order of presbyters.
**pres•by•te•ri•al** (prĕz′bĭ-tîr′ē-əl, prĕs′-) *adj.* Of or relating to
a presbyter or the presbytery. —**pres′by•te′ri•al•ly** *adv.*
**Pres•by•te•ri•an** (prĕz′bĭ-tîr′ē-ən, prĕs′-) *adj.* **1.** Of or relating
to ecclesiastical government by presbyters. **2. Presbyterian** Of or
relating to a Presbyterian Church. ❖ *n.* **Presbyterian** A member
or an adherent of a Presbyterian Church. —**pres′by•te′ri•an•**
**ism** *n.*
**Presbyterian Church** *n.* Any of various Protestant churches
governed by presbyters and traditionally Calvinist in doctrine.
**pres•by•ter•y** (prĕz′bĭ-tĕr′ē, prĕs′-) *n., pl.* **-ies 1a.** A court
composed of Presbyterian Church ministers and representative
elders of a particular locality. **b.** The district represented by this
court. **2.** Presbyters considered as a group. **3.** Government of a
church by presbyters. **4.** The section of a church reserved for the
clergy. **5.** *Roman Catholic Church* The residence of a priest. [ME
*presbytory*, priests' bench < LLat. *presbyterium*, council of elders
< Gk. *presbuterion* < *presbuteros*, elder. See PRESBYTER.]
**pre•school** (prē′sko͞ol′) *adj.* Of, for, relating to, or being the
years of childhood before elementary school. ❖ *n.*
(prē′sko͞ol′) A school for preschoolers; a nursery school.
**pre•school•er** (prē′sko͞o′lər) *n.* **1.** A child who is not old enough
to attend kindergarten. **2.** A child who is enrolled in a preschool.
**pre•school•ing** (prē′sko͞o′lĭng) *n.* Early childhood education,
esp. when received at a preschool.
**pre•science** (prĕsh′əns, -ē-əns, prē′shəns, -shē-əns) *n.* Knowl-
edge of actions or events before they occur; foresight.
**pre•scient** (prĕsh′ənt, -ē-ənt, prē′shənt, -shē-ənt) *adj.* **1.** Of or
relating to prescience. **2.** Possessing prescience. [Fr. < OFr. < Lat.
*praesciēns*, *praescient-*, pr. part. of *praescīre*, to know beforehand :
*prae-*, pre- + *scīre*, to know.] —**pre′scient•ly** *adv.*
**pre•sci•en•tif•ic** (prē-sī′ən-tĭf′ĭk) *adj.* **1.** Of, relating to, or oc-
curring at a time before the advent of modern science and the ap-
plication of its methods. **2.** Prior to testing or formulation in sci-
entific terms; preliminary.
**pre•scind** (prĭ-sĭnd′) *v.* **-scind•ed, -scind•ing, -scinds** —*tr.* To
separate or divide in thought; consider individually. —*intr.* To
withdraw one's attention. [Lat. *praescindere*, to cut off in front :
*prae-*, pre- + *scindere*, to cut off, split.]
**Pres•cott** (prĕs′kət, -kŏt′), **William Hickling** 1796–1859. Amer.
historian noted for his lively studies of the conquistadors, includ-

ing *History of the Conquest of Mexico* (1843).
**pre•screen** (prē-skrēn′) *tr.v.* **-screened, -screen•ing, -screens**
**1.** To view (a movie) before release for public showing. **2.** To ex-
amine or interview before further selection processes.
**pre•scribe** (prĭ-skrīb′) *v.* **-scribed, -scrib•ing, -scribes** —*tr.* **1.**
To set down as a rule or guide; enjoin. See Syns at **dictate. 2.** To
order the use of (a medicine or other treatment). —*intr.* **1.** To
establish rules, laws, or directions. **2.** To order a medicine or
other treatment. [ME *prescriben* < Lat. *praescrībere* : *prae-*, pre- +
*scrībere*, to write; see **skrībh-** in App.] —**pre•scrib′er** *n.*
**pre•script** (prē′skrĭpt′) *n.* Something prescribed, esp. a rule or
regulation of conduct. ❖ *adj.* (prē′skrĭpt′, prĭ-skrĭpt′) Having
been established as a rule; prescribed. [< ME, prescribed < Lat.
*praescrīptum*, neut. p. part. of *praescrībere*, to order, prescribe.
See PRESCRIBE.]
**pre•scrip•ti•ble** (prĭ-skrĭp′tə-bəl) *adj.* **1.** That can be pre-
scribed. **2.** Requiring or derived from prescription. —**pre•**
**scrip′ti•bil′i•ty** *n.*
**pre•scrip•tion** (prĭ-skrĭp′shən) *n.* **1a.** The act of establishing of-
ficial rules, laws, or directions. **b.** Something prescribed as a rule.
**2a.** A written order, esp. by a physician, for the preparation and
administration of a medicine or other treatment. **b.** A prescribed
medicine or other treatment. **c.** An ophthalmologist's or optome-
trist's written instruction, as for the grinding of corrective lenses.
**3.** A formula directing the preparation of something. **4.** *Law* The
process of acquiring title to property by reason of uninterrupted
possession of specified duration. **5.** *Law* The limitation of time
beyond which an action, debt, or crime is no longer valid or en-
forceable. [ME *prescripcion*, establishment of a claim < OFr. *pre-*
*scription* < Med.Lat. *praescrīptiō, praescrīptiōn-* < Lat., introduc-
tion, precept < *praescrīptus*, p. part. of *praescrībere*, to order. See
PRESCRIBE.]
**pre•scrip•tive** (prĭ-skrĭp′tĭv) *adj.* **1.** Sanctioned or authorized
by long-standing custom or usage. **2.** Making or giving injunc-
tions, directions, laws, or rules. **3.** *Law* Acquired by or based on
uninterrupted possession. **4.** *Linguistics* Based on or establishing
norms or rules indicating how a language should or should not be
used rather than describing the ways in which a language is used.
—**pre•scrip′tive•ly** *adv.* —**pre•scrip′tive•ness** *n.*
**pre•scrip•tiv•ism** (prĭ-skrĭp′tə-vĭz′əm) *n.* The support or pro-
motion of prescriptive grammar. —**pre•scrip′tiv•ist** *adj. & n.*
**pres•ence** (prĕz′əns) *n.* **1.** The state or fact of being present; cur-
rent existence or occurrence. **2.** Immediate proximity in time or
space. **3.** The area immediately surrounding a great personage,
esp. a sovereign. **4.** A person who is present. **5a.** A person's bear-
ing, esp. when it commands respectful attention. **b.** The quality
of self-assurance and effectiveness that permits a performer to
achieve a rapport with the audience: *stage presence.* **6.** A supernat-
ural influence felt to be nearby. **7.** The diplomatic, political, or
military influence of a nation in a foreign country.
**presence of mind** *n.* The ability to think and act calmly and effi-
ciently, esp. in an emergency.
**pres•ent¹** (prĕz′ənt) *n.* **1.** A moment or period in time percepti-
ble as intermediate between past and future; now. **2.** *Grammar* **a.**
The present tense. **b.** A verb form in the present tense. **3. pres-**
**ents** *Law* The document or instrument in question: *Be it known*
*by these presents.* ❖ *adj.* **1.** Existing or happening now; current:
*the present leader; present trends.* **2a.** Being at hand or in atten-
dance: *Thirty guests were present at the ceremony.* **b.** Existing in
something specified: *Oxygen is present in the bloodstream.* **3.** Now
being considered; actually here or involved: *present company ex-*
*cepted.* **4.** *Grammar* Being a verb tense or form that expresses cur-
rent time. **5.** *Archaic* Readily available; immediate. **6.** *Obsolete*
Alert to circumstances; attentive. —***idioms:* at present** At the
present time; right now. **for the present** For the time being; tem-
porarily. [ME < OFr. < Lat. *praesēns, praesent-*, pr. part. of
*praeesse*, to be present : *prae-*, pre- + *esse*, to be; see **es-** in App.]
—**pres′ent•ness** *n.*
**pre•sent²** (prĭ-zĕnt′) *v.* **-sent•ed, -sent•ing, -sents** —*tr.* **1a.** To
introduce, esp. with formal ceremony. **b.** To introduce (a young
woman) to society with conventional ceremony. **2.** To bring be-
fore the public: *present a play.* **3a.** To make a gift or award of. **b.**
To make a gift to. **4a.** To offer for observation, examination, or
consideration; show or display. See Syns at **offer. b.** To afford or
furnish: *Dinner presented a chance to talk.* **c.** To turn or position
in the direction of another: *presented his face to the camera.* **d.** To
attach or be capable of attaching (an antigen, for example) on the
surface of a molecule for detection by other molecules. **5.** To sa-
lute with (a weapon). **6.** *Ecclesiastical* To recommend (a cleric)
for a benefice. **7.** *Law* To bring a charge or indictment against.
—*intr.* **1.** To display as part of a disease or disease process. **2.** To
make a presentation. ❖ *n.* **1. pres•ent** (prĕz′ənt) Something
presented; a gift. **2. pre•sent** (prĭ-zĕnt′) The position of a rifle
or other weapon when presented. [ME *presenten* < OFr. *presenter*
< Lat. *praesentāre*, to show < *praesēns, praesent-*, pr. part. of
*praeesse*, to be in front of. See PRESENT¹.] —**pre•sent′er** *n.*
**pre•sent•a•ble** (prĭ-zĕn′tə-bəl) *adj.* **1.** That can be given, dis-
played, or offered: *presentable attire.* **2.** Fit for introduction to
others: *presentable relatives.* —**pre•sent′a•bil′i•ty, pre•sent′a•**
**ble•ness** *n.* —**pre•sent′a•bly** *adv.*
**pre•sent arms** (prĭ-zĕnt′) *n.* **1.** A position in the military manual



**Pre-Raphaelite**
*Monna Vanna*, 1866, by
Dante Gabriel Rossetti



**present arms**
changing of the guard at
the Tomb of the Unknown
Soldier, Arlington National
Cemetery, Arlington,
Virginia

| | | | |
|---|---|---|---|
| ă | pat | oi | boy |
| ā | pay | ou | out |
| âr | care | o͝o | took |
| ä | father | o͞o | boot |
| ĕ | pet | ŭ | cut |
| ē | be | ûr | urge |
| ĭ | pit | th | thin |
| ī | pie | *th* | this |
| îr | pier | hw | which |
| ŏ | pot | zh | vision |
| ō | toe | ə | about, |
| ô | paw | | item |

*Stress marks:*
**′** (primary);
′ (secondary), as in
**lexicon** (lĕk′sĭ-kŏn′)



proboscis
African elephant

to deal with an expected difficulty; anticipatory: *proactive steps to prevent terrorism.* —**pro·ac′tion** *n.* —**pro·ac′tive·ly** *adv.*

**pro-am** (prō′ăm′) *n.* A sports event in which professionals and amateurs compete. —**pro′-am′** *adj.*

**prob·a·bil·ism** (prŏb′ə-bə-lĭz′əm) *n.* **1.** *Philosophy* The doctrine that probability is a sufficient basis for belief and action. **2.** *Roman Catholic Church* The moral system that allows one to follow advice favoring personal liberty, even though opposing advice, favoring law, is more probable. —**prob′a·bi·list** *adj. & n.*

**prob·a·bil·is·tic** (prŏb′ə-bə-lĭs′tĭk) *adj.* **1.** Of, relating to, or based on probabilism. **2.** Of, based on, or affected by probability, randomness, or chance.

**prob·a·bil·i·ty** (prŏb′ə-bĭl′ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being probable; likelihood. **2.** A probable situation, condition, or event. **3a.** The likelihood that a given event will occur: *a great probability of rain.* **b.** *Statistics* The ratio of the number of actual occurrences of a specific event to the total number of possible occurrences. —*idiom:* **in all probability** Most probably; very likely.

**probability density** *n. Statistics* **1.** A function whose integral over a given interval gives the probability that the values of a random variable will fall within the interval. **2.** The calculated value of a probability density.

**probability distribution** *n. Statistics* **1.** See **probability density. 2.** A function of a discrete random variable yielding the probability that the variable will have a given value.

**probability theory** *n.* The branch of mathematics that studies the likelihood of occurrence of random events in order to predict the behavior of defined systems.

**prob·a·ble** (prŏb′ə-bəl) *adj.* **1.** Likely to happen or to be true. **2.** Likely but uncertain; plausible. **3.** *Theology* Of or relating to advice or action in ethics and morals whose lawfulness can be justified by intrinsic reasons or extrinsic authority. [ME, plausible < OFr. < Lat. *probābilis* < *probāre*, to prove. See PROVE.]

**probable cause** *n.* Reasonable grounds for belief that an accused person may be subject to arrest or the issuance of a warrant.

**prob·a·bly** (prŏb′ə-blē) *adv.* Most likely; presumably.

**pro·bang** (prō′băng′) *n.* A long flexible rod having a tuft or sponge at the end, used in cleaning or medicating the larynx or esophagus. [Alteration of *provang.*]

**pro·bate** (prō′bāt′) *n.* **1.** The process of legally establishing the validity of a will before a judicial authority. **2.** Judicial certification of the validity of a will. **3.** An authenticated copy of a will so certified. ❖ *tr.v.* **-bat·ed, -bat·ing, -bates** To establish the validity of (a will) by probate. [ME *probat* < Lat. *probātum*, neut. p. part. of *probāre*, to prove. See PROVE.]

**probate court** *n.* A court limited to the jurisdiction of probating wills and administering estates.

**pro·ba·tion** (prō-bā′shən) *n.* **1.** A process or period in which a person's fitness, as for work or membership in a social group, is tested. **2a.** *Law* The act of suspending the sentence of a person convicted of a criminal offense and granting that person provisional freedom on the promise of good behavior. **b.** A discharge from commitment as an insane person on condition of continued sanity and of being recommitted upon the reappearance of insanity. **3.** A trial period in which a student is given time to try to redeem failing grades or bad conduct. **4.** The status of a person on probation. [ME *probacion*, a testing < OFr. *probation* < Lat. *probātiō*, *probātiōn-* < *probātus*, p. part. of *probāre*, to test. See PROVE.] —**pro·ba′tion·al, pro·ba′tion·ar′y** *adj.* —**pro·ba′tion·al·ly** *adv.*

**pro·ba·tion·er** (prō-bā′shə-nər) *n.* A person on probation.

**probation officer** *n.* **1.** An official charged with the care of juvenile delinquents. **2.** An official charged with supervising convicts at large on suspended sentence or probation.

**pro·ba·tive** (prō′bə-tĭv) also **pro·ba·to·ry** (-tôr′ē, -tōr′ē) *adj.* **1.** Furnishing evidence or proof. **2.** Serving to test, try, or prove.

**probe** (prōb) *n.* **1.** An exploratory action, expedition, or device, esp. one designed to investigate and obtain information on a remote or unknown region. **2.** A slender, flexible instrument used to explore a wound or body cavity. **3.** A substance that is radioactively labeled or otherwise marked and used to detect or identify another substance in a sample. **4.** The act of exploring or searching with or as if with a device or an instrument. **5.** An investigation into unfamiliar matters or questionable activities. **6.** A space probe. ❖ *v.* **probed, prob·ing, probes** —*tr.* **1.** To explore with or as if with a probe: *probe a wound; probe one's motives.* **2.** To delve into; investigate. —*intr.* To conduct an exploratory investigation; search. [ME, examination < Med.Lat. *proba* < LLat., proof < Lat. *probāre*, to test < *probus*, good. See **per**¹ in App.] —**prob′er** *n.* —**prob′ing·ly** *adv.*

**pro·bi·ty** (prō′bĭ-tē) *n.* Complete and confirmed integrity; uprightness. [ME *probite* < OFr. < Lat. *probitās* < *probus*, upright, good. See **per**¹ in App.]

**prob·lem** (prŏb′ləm) *n.* **1.** A question to be considered, solved, or answered. **2.** A situation, matter, or person that presents perplexity or difficulty. See Usage Note at **dilemma. 3.** A misgiving, objection, or complaint: *I have a problem with your cynicism.* ❖ *adj.* **1.** Difficult to deal with or control: *a problem child.* **2.** Dealing with a moral or social problem. —*idiom:* **no problem** *Informal* **1.** Used to express confirmation of or compliance with a request. **2.** Used to acknowledge an expression of gratit[...] *probleme* < OFr. < Lat. *problēma*, *problēmat-* < Gk. [...] to throw before, put forward : *pro-*, before; see PRO-² [...] *ble-*, to throw; see **gʷelə-** in App.]

**prob·lem·at·ic** (prŏb′lə-măt′ĭk) also **prob·lem·at**[...] kəl) *adj.* **1.** Posing a problem; difficult to solve. **2.** Open [...] debatable. **3.** Not settled; unresolved or dubious: *a pr*[...] *future.* —**prob′lem·at′i·cal·ly** *adv.*

**pro bo·no** (prō bō′nō) *adj.* Done without compensati[...] public good. [Lat. *prō bonō (publicō)*, for the (public) g[...] for + *bonō*, ablative of *bonum*, the good.]

**pro·bos·cid·i·an** (prō′bə-sĭd′ē-ən) also **pro·bos**[...] (prō-bŏs′ĭ-dē′ən) *n.* A mammal of the order Probosc[...] as the elephant or its extinct relatives, having a long tr[...] tusks, and a massive body. [< NLat. *Proboscidea*, or[...] < Lat. *proboscis*, *proboscid-*, proboscis. See PROBOSCIS.] [...] **bos·cid′i·an** *adj.*

**pro·bos·cis** (prō-bŏs′ĭs) *n., pl.* **-bos·cis·es** or **-bo**[...] (-bŏs′ĭ-dēz′) **1.** A long flexible snout or trunk. **2.** The [...] bular feeding and sucking organ of certain invertebra[...] human nose, esp. a prominent one. [Lat. < Gk. *probo*[...] in front; see PRO-² + *boskein*, to feed.]

**pro·caine** (prō′kān′) *n.* A white crystalline powder, [...] used chiefly in its hydrochloride form as a local anes[...] medicine and dentistry. [PRO-² + (CO)CAINE (it being [...] sor of cocaine).]

**pro·cam·bi·um** (prō-kăm′bē-əm) *n.* The primary [...] that gives rise to vascular tissue. —**pro·cam′bi·al** (-əl) [...]

**pro·car·y·ote** (prō-kăr′ē-ōt′) *n.* Variant of **prokaryote**.

**pro·ce·dur·al** (prə-sē′jər-əl) *adj.* Of or concerning p[...] esp. of a court of law or parliamentary body. ❖ *n.* A poli[...] dural. —**pro·ce′dur·al·ly** *adv.*

**pro·ce·dure** (prə-sē′jər) *n.* **1.** A manner of proceeding[...] performing or effecting something: *standard procedure*[...] ries of steps taken to accomplish an end: *a medical pro*[...] A set of established forms or methods for conducting [...] of an organized body such as a business, club, or govern[...] *Computer Science* A set of instructions that performs a [...] task. [Fr. *procédure* < OFr. < *proceder*, to proceed. See [...]

**pro·ceed** (prō-sēd′, prə-) *intr.v.* **-ceed·ed, -ceed·ing,** [...] To go forward or onward, esp. after an interruption; con[...] To begin to carry on an action or a process. **3.** To move [...] orderly manner. **4.** To come from a source; originate or [...] Syns at **stem**¹. **5.** *Law* To institute and conduct legal a[...] *pl.n.* **pro·ceeds** (prō′sēdz′) The amount of money deri[...] a commercial or fundraising venture; the yield. [ME [...] < OFr. *proceder* < Lat. *prōcēdere* : *prō-*, forward; see PRO-[...] *dere*, to go.] —**pro·ceed′er** *n.*

**pro·ceed·ing** (prō-sē′dĭng, prə-) *n.* **1.** A course of actio[...] cedure. **2. proceedings** A sequence of events occurrin[...] ticular place or occasion. **3. proceedings** A record of [...] carried on by a society or other organization; minutes. [...] Legal action; litigation. **b.** The instituting or conducti[...] action. In both senses, often used in the plural.

**pro·ce·phal·ic** (prō′sə-făl′ĭk) *adj.* Of, relating to, or l[...] or near the front of the head.

**pro·cer·coid** (prō-sûr′koid) *n.* A larval stage of certa[...] worms that typically develops in the body cavity of a [...] [PRO-² + Gk. *kerkos*, tail + -OID.]

**proc·ess**¹ (prŏs′ĕs′, prō′sĕs′) *n., pl.* **proc·ess·es** ([...] prō′sĕs′-, prŏs′ĭ-sēz′, prō′sĭ-) **1.** A series of actions, cha[...] functions bringing about a result: *the process of digestion.* [...] ries of operations performed in the making or treatme[...] product: *a manufacturing process.* **3.** Progress; passage: *the* [...] *of time.* **4.** *Law* The entire course of a judicial proceedin[...] **a.** A summons or writ ordering a defendant to appear i[...] **b.** The total quantity of summonses or writs issued in a pa[...] proceeding. **6.** *Biology* An outgrowth of tissue; a projecti[...] *a bony process.* **7.** Any of various photomechanical or p[...] graving methods. **8.** *Computer Science* **a.** A running pro[...] other computing operation. **b.** A part of a running pro[...] other computing operation that does a single task. **9.** See [...] ❖ *tr.v.* **-essed, -ess·ing, -ess·es 1.** To put through the [...] a prescribed procedure: *processing newly arrived immigran*[...] *ess an order.* **2.** To prepare, treat, or convert by subjecti[...] special process: *process ore to obtain minerals.* **3.** *Law* **a.** [...] with a summons or writ. **b.** To institute legal proceedings [...] prosecute. **4.** *Computer Science* To perform operations on [...] **5.** To straighten (hair) by a chemical process; conk. ❖ *adj.* [...] pared or converted by a special process: *process cheese.* [...] by or used in any of several photomechanical or photoen[...] processes: *a process print.* [ME *proces* < OFr., developmen[...] *prōcessus* < p. part. of *prōcēdere*, to advance. See PROCEED.]

**USAGE NOTE** In recent years there has been a tendency [...] nounce the plural ending of *processes* as (-ēz) rather tha[...] perhaps by analogy to the plurals of words of Greek ori[...] *analysis* and *neurosis*. But there is no etymological justifi[...] for pronouncing *processes* in this way, and in a recent sur[...] percent of the Usage Panel preferred the traditional pron[...] tion.

ablative of *speciēs.* See SPECIES.]

**spe•cies** (spē′shēz, -sēz) *n., pl.* **species 1.** *Biology* **a.** A fundamental category of taxonomic classification, ranking below a genus and consisting of related organisms capable of interbreeding. See table at **taxonomy. b.** An organism belonging to such a category, represented in binomial nomenclature by an uncapitalized Latin adjective or noun following a capitalized genus name, as in *Equus caballus,* the horse. **2.** *Logic* A class of individuals or objects grouped by virtue of their common attributes; a division subordinate to a genus. **3a.** A kind, variety, or type. **b.** The human race; humankind. **4.** *Roman Catholic Church* **a.** The outward appearance or form of the Eucharistic elements that is retained after their consecration. **b.** Either of the consecrated elements of the Eucharist. **5.** *Obsolete* **a.** An outward form or appearance. **b.** Specie. **6.** *Chemistry* A chemical entity, as an atom. [ME, logical classification < Lat. *speciēs,* a seeing, kind. See **spek-** in App.]

**spe•cies•ism** (spē′shē-zĭz′əm, -sē-) *n.* Human intolerance or discrimination on the basis of species.

**spec•i•fi•a•ble** (spĕs′ə-fī′ə-bəl) *adj.* Possible to specify.

**spe•cif•ic** (spĭ-sĭf′ĭk) *adj.* **1.** Explicitly set forth; definite. **2.** Relating to, characterizing, or distinguishing a species. **3.** Special, distinctive, or unique. **4a.** Intended for, applying to, or acting on a particular thing. **b.** Concerned particularly with the subject specified. Often used in combination: *"age-specific voting patterns"* (A. Dianne Schmidley). **5a.** Being a disease produced by a particular microorganism or condition. **b.** Having a remedial influence or effect on a particular disease. **6.** *Immunology* Having an affinity limited to a particular antibody or antigen. **7a.** Being a customs charge levied on merchandise by unit or weight rather than according to value. **b.** Being a commodity rate applicable to the transportation of a single commodity between named points. ❖ *n.* **1a.** Something particularly fitted to a use or purpose. **b.** A remedy intended for a particular ailment or disorder. **2a.** A distinguishing quality or attribute. **b. specifics** Distinct items or details; particulars. [LLat. *specificus* : Lat. *speciēs,* kind, species; see SPECIES + Lat. *-ficus,* -fic.] **—spe•cif′i•cal•ly** *adv.* **—spec′i•fic′i•ty** (spĕs′ə-fĭs′ĭ-tē) *n.*

**spec•i•fi•ca•tion** (spĕs′ə-fĭ-kā′shən) *n.* **1.** The act of specifying. **2a. specifications** A detailed exact statement of particulars, esp. a statement prescribing materials, dimensions, and quality of work for something to be built, installed, or manufactured. **b.** A single item specified. **3.** An exact written description of an invention by a patent applicant.

**specific epithet** *n.* The uncapitalized Latin adjective or noun that follows a capitalized genus name in binomial nomenclature and serves to distinguish a species from others in the same genus, as *saccharum* in *Acer saccharum* (sugar maple).

**specific gravity** *n.* The ratio of the mass of a solid or liquid to the mass of an equal volume of distilled water at 4°C (39°F) or of a gas to an equal volume of air or hydrogen under prescribed conditions of temperature and pressure.

**specific heat** *n.* **1.** The ratio of the amount of heat required to raise the temperature of a unit mass of a substance by one unit of temperature to that required to raise the temperature of a unit mass of a reference material, usu. water, by the same amount. **2.** The amount of heat, in calories, required to raise the temperature of one gram of a substance by one Celsius degree.

**specific impulse** *n.* A performance measure for rocket propellants that is equal to units of thrust per unit weight of propellant consumed per unit time.

**specific performance** *n. Law* The performance of a contract as specified in its terms.

**specific resistance** *n.* Electrical resistivity.

**spec•i•fy** (spĕs′ə-fī′) *tr.v.* **-fied, -fy•ing, -fies 1.** To state explicitly or in detail: *specified the amount needed; specified that they would come.* **2.** To include in a specification. **3.** To determine or bring about (a specific result): *a gene that specifies the synthesis of a protein.* [ME *specifien* < OFr. *specifier* < LLat. *specificāre* < *specificus,* specific. See SPECIFIC.] **—spec′i•fi′er** *n.*

**spec•i•men** (spĕs′ə-mən) *n.* **1.** An individual, item, or part representative of a class, genus, or whole. **2.** A sample, as of tissue, blood, or urine, used for analysis and diagnosis. **3.** *Informal* An individual; a person: *a disagreeable specimen.* [Lat., example < *specere,* to look at. See **spek-** in App.]

**spe•cious** (spē′shəs) *adj.* **1.** Having the ring of truth or plausibility but actually fallacious: *a specious argument.* **2.** Deceptively attractive. [ME, attractive < Lat. *speciōsus* < *speciēs,* appearance. See **spek-** in App.] **—spe′cious•ly** *adv.* **—spe′ci•os′i•ty** (-shē-ŏs′ĭ-tē), **spe′cious•ness** (-shəs-nĭs) *n.*

**speck** (spĕk) *n.* **1.** A small spot, mark, or discoloration. **2.** A tiny amount; a bit. ❖ *tr.v.* **specked, speck•ing, specks** To mark with specks. [ME *specke* < OE *specca.*]

**speck•le** (spĕk′əl) *n.* A speck or small spot, as a natural dot of color on skin, plumage, or foliage. [ME *spakle.*] **—speck′le** *v.*

**speck•led** (spĕk′əld) *adj.* **1.** Dotted or covered with speckles, esp. flecked with small spots of contrasting color. **2.** Of a mixed character; motley.

**speckled trout** *n.* See **brook trout.**

**specs** also **specks** (spĕks) *pl.n. Informal* Eyeglasses; spectacles.

**spec•ta•cle** (spĕk′tə-kəl) *n.* **1a.** Something that can be seen or viewed, esp. something of a remarkable or impressive nature. **b.** A public performance or display, esp. one on a large or lavish scale. **c.** A regrettable public display, as of bad behavior: *made a spectacle of himself.* **2. spectacles a.** A pair of eyeglasses. **b.** Something resembling eyeglasses in shape or suggesting them in function. [ME < OFr. < Lat. *spectāculum* < *spectāre,* to watch, freq. of *specere,* to look at. See **spek-** in App.]

**spec•ta•cled** (spĕk′tə-kəld) *adj.* **1.** Wearing spectacles. **2.** Having markings suggesting spectacles. Used of animals.

**spec•tac•u•lar** (spĕk-tăk′yə-lər) *adj.* Of the nature of a spectacle; impressive or sensational. ❖ *n.* Something that is spectacular, as: **a.** A single dramatic production of unusual length or lavishness. **b.** An elaborate display. **—spec•tac′u•lar′i•ty** (-lăr′ĭ-tē) *n.* **—spec•tac′u•lar•ly** *adv.*

**spec•tate** (spĕk′tāt) *intr.v.* **-tat•ed, -tat•ing, -tates** To attend (a horserace or other sporting event, for example) as a spectator. [Back-formation < SPECTATOR.]

**spec•ta•tor** (spĕk′tā′tər) *n.* An observer of an event. [Lat. *spectātor* < *spectāre,* to watch. See SPECTACLE.] **—spec′ta•to′ri•al** (-tə-tôr′ē-əl, -tōr′-) *adj.* **—spec′ta•tor•ship′** *n.*

**spec•ter** (spĕk′tər) *n.* **1.** A ghostly apparition; a phantom. **2.** A haunting or disturbing image or prospect. [Fr. *spectre* < Lat. *spectrum,* appearance, apparition. See SPECTRUM.]

**spec•ti•no•my•cin** (spĕk′tə-nō-mī′sĭn) *n.* A broad-spectrum antibiotic, $C_{14}H_{24}N_2O_7$, obtained from a species of gram-negative bacteria *(Streptomyces spectabilis)* or produced synthetically and used esp. in the treatment of penicillin-resistant gonorrhea. [NLat. *spect(ābilis),* specific epithet (< Lat., visible < *spectāre,* to watch; see SPECTACLE) + (ACT)INOMYCIN.]

**spec•tra** (spĕk′trə) *n.* A plural of **spectrum.**

**spec•tral** (spĕk′trəl) *adj.* **1.** Of or resembling a specter. **2.** Of, relating to, or produced by a spectrum. **—spec•tral′i•ty** (-trăl′ĭ-tē), **spec′tral•ness** (-trəl-nĭs) *n.* **—spec′tral•ly** *adv.*

**spectral line** *n.* A bright or dark line in a spectrum produced by emission or absorption of light of a single wavelength.

**spec•tre** (spĕk′tər) *n. Chiefly British* Variant of **specter.**

**spectro–** *pref.* Spectrum: *spectrograph.* [< SPECTRUM.]

**spec•tro•gram** (spĕk′trə-grăm′) *n.* A graphic or photographic representation of a spectrum.

**spec•tro•graph** (spĕk′trə-grăf′) *n.* **1.** A spectroscope equipped to photograph or otherwise record spectra. **2.** A spectrogram. **—spec′tro•graph′ic** *adj.* **—spec′tro•graph′i•cal•ly** *adv.* **—spec•trog′ra•phy** (-trŏg′rə-fē) *n.*

**spec•tro•he•li•o•gram** (spĕk′trō-hē′lē-ə-grăm′) *n.* A photograph of the sun taken in a narrow wavelength band centered on a selected wavelength.

**spec•tro•he•li•o•graph** (spĕk′trō-hē′lē-ə-grăf′) *n.* An instrument used to make spectroheliograms. **—spec′tro•he′li•og′ra•phy** (-ŏg′rə-fē) *n.*

**spec•tro•he•li•o•scope** (spĕk′trō-hē′lē-ə-skōp′) *n.* An instrument used to observe solar radiation directly.

**spec•trom•e•ter** (spĕk-trŏm′ĭ-tər) *n.* A spectroscope equipped with scales for measuring wavelengths or indexes of refraction. **—spec′tro•met′ric** (-trə-mĕt′rĭk) *adj.* **—spec•trom′e•try** *n.*

**spec•tro•pho•tom•e•ter** (spĕk′trō-fō-tŏm′ĭ-tər) *n.* An instrument used to determine the intensity of various wavelengths in a spectrum of light. **—spec′tro•pho′to•met′ric** (-fō′tə-mĕt′rĭk) *adj.* **—spec′tro•pho•tom′e•try** *n.*

**spec•tro•scope** (spĕk′trə-skōp′) *n.* An instrument for the production and observation of spectra. **—spec′tro•scop′ic** (-skŏp′ĭk), **spec′tro•scop′i•cal** (-ĭ-kəl) *adj.*

**spec•tros•co•py** (spĕk-trŏs′kə-pē) *n., pl.* **-pies** Study of spectra, esp. experimental observation of optical spectra. **—spec•tros′co•pist** *n.*

**spec•trum** (spĕk′trəm) *n., pl.* **-tra** (-trə) or **-trums 1.** *Physics* **a.** The distribution of a characteristic of a physical system, esp.: **a.** A distribution of electromagnetic energies arranged in order of wavelengths. **b.** A distribution of charged atomic or subatomic particles arranged in order of masses. **2.** A graphic or photographic representation of such a distribution. **3a.** A range of values of a quantity or set of related quantities. **b.** A broad sequence or range of related qualities, ideas, or activities. [Lat., appearance < *specere,* to look at. See **spek-** in App.]

**spec•u•lar** (spĕk′yə-lər) *adj.* Of, resembling, or produced by a mirror or speculum. **—spec′u•lar•ly** *adv.*

**spec•u•late** (spĕk′yə-lāt′) *v.* **-lat•ed, -lat•ing, -lates** —*intr.* **1.** To meditate on a subject; reflect. **2.** To engage in a course of reasoning often based on inconclusive evidence. **3.** To engage in the buying or selling of a commodity with an element of risk on the chance of profit. —*tr.* To assume to be true without conclusive evidence. [Lat. *speculārī, speculāt-,* to observe < *specula,* watchtower < *specere,* to look at. See **spek-** in App.]

**spec•u•la•tion** (spĕk′yə-lā′shən) *n.* **1a.** Contemplation or consideration of a subject; meditation. **b.** A conclusion, opinion, or theory reached by conjecture. **c.** Reasoning based on inconclusive evidence; conjecture; supposition. **2a.** Engagement in risky business transactions on the chance of quick or considerable profit. **b.** A commercial or financial transaction involving speculation.

**spec•u•la•tive** (spĕk′yə-lə-tĭv, -lā′-) *adj.* **1.** Of, marked by, or based upon contemplative speculation. **2a.** Given to conjecture or speculation. **b.** Marked by inquisitive interest. **3a.** Engaging in, given to, or involving financial speculation. **b.** Spent in speculation. **c.** Involving chance; risky. —sp
—**spec′u•la•tive•ness** *n.*

**spec•u•la•tor** (spĕk′yə-lā′tər) *n.* One tha
**spec•u•lum** (spĕk′yə-ləm) *n., pl.* **-la** (-lə)
or polished metal plate used as a reflector
2. An instrument for dilating the openin
medical examination. **3.** *Zoology* **a.** A br
patch of color on the wings of certain b
transparent spot in the wings of some butt
surgical speculum < Lat., mirror < *specere*
in App.]

**speech** (spēch) *n.* **1a.** The faculty or act of
ulty or act of expressing or describing thou
ceptions by the articulation of words. **2.**
utterance. **3.** Vocal communication; conv
public address. **5.** One's habitual manner
The language or dialect of a nation or reg
7. The study of oral communication, spee
physiology. **8.** *Archaic* Rumor. [ME *speche*

**speech act** *n.* See **performative.**

**speech community** *n.* A group of speake
same language or dialect of a language as a

**speech•i•fy** (spē′chə-fī′) *intr.v.* **-fied, -fy**
speech. **—speech′i•fi′er** *n.*

**speech•less** (spēch′lĭs) *adj.* **1.** Lacking the
Temporarily unable to speak, as through v
from speech; silent. **4.** Unexpressed or in
**—speech′less•ness** *n.*

**speech•mak•er** (spēch′mā′kər) *n.* One v
**—speech′mak′ing** *n.*

**speech pathology** *n.* The study of speech
such as stuttering and dysphasia. **—speech**

**speech therapy** *n.* Treatment of speech d
esp. through use of exercises and audio-vis
new speech habits. **—speech therapist** *n.*

**speech•writ•er** (spēch′rī′tər) *n.* One who
others, esp. as a profession. **—speech′writ**

**speed** (spēd) *n.* **1.** *Physics* The rate or a m
motion, esp.: **a.** Distance traveled divided by
The first derivative of distance with respect
nitude of a velocity. **2.** Swiftness of action.
rapidly. **b.** The state of being in rapid moti
at haste. **4.** A transmission gear or set of g
A numerical expression of the sensitivity of
plate, or paper to light. **b.** The capacity of
light at an appropriate aperture. **c.** The lengt
permitted for a camera shutter to open and
A stimulant drug, esp. amphetamine or m
Slang One that suits or appeals to a person
or character. **8.** *Archaic* Prosperity; luck.
**speed•ed, speed•ing, speeds** —*tr.* **1.** To
proceed quickly; hasten. **2.** To increase the s
rate: *speed up a car.* **3.** To wish Godspeed t
mote, or expedite (a legal action, for exampl
to succeed or prosper; aid. —*intr.* **1a.** To
quickly: *sped to the rescue.* **b.** To drive at a sp
limit. **2.** To pass quickly: *The days sped by.*
happen at a faster rate; accelerate: *His pulse*
To prove successful; prosper. **b.** To get alon
fare. **—*Idiom:* up to speed 1a.** Op
speed. **b.** Producing something or perform
rate or level. **2.** *Informal* Fully informed or
spede < OE *spēd,* success, swiftness.]

**speed•ball** (spēd′bôl′) *n. Slang* An intrave
mixed with heroin or an amphetamine.

**speed•boat** (spēd′bōt′) *n.* A fast motorbo

**speed brake** *n.* A flap on an aircraft for d
in flight in preparation for landing.

**speed bump** *n.* A ridge set crosswise into
a road to make the operators of vehicles

**speed•er** (spē′dər) *n.* One that speeds, esp.
legal or safe speed.

**speed•ing** (spē′dĭng) *adj.* Moving with sp
instance of driving esp. a motor vehicle
by law.

**speed limit** *n.* The maximum speed legally
stretch of road.

**speed metal** *n.* Heavy metal music that
and fast.

**speed•om•e•ter** (spĭ-dŏm′ĭ-tər, spē-) *n.*
indicating speed. **2a.** An instrument for in
as well as rate of speed. **b.** An odomet

**speed•read•ing** (spēd′rē′dĭng) *n.* A meth
assimilating several words or phrases at
**—speed′-read′** *v.*

**speed skate** *n.* An ice skate for racing, fi
extends beyond the heel and toe of the
**—speed skating** *n.*

**speed•ster** (spēd′stər) *n.* **1.** A fast driver.

**speed trap** *n.* A deployment of concealed
devices on a stretch of road to catch