# EXHIBIT F

# The Concise Oxford Dictionary

## of Current English

*First edited by*
H. W. Fowler and F. G. Fowler

NINTH EDITION

*Edited by*
Della Thompson

CLARENDON PRESS · OXFORD
1995

*Oxford University Press, Walton Street, Oxford OX2 6DP*

*Oxford New York*
*Athens Auckland Bangkok Bombay*
*Calcutta Cape Town Dar es Salaam Delhi*
*Florence Hong Kong Istanbul Karachi*
*Kuala Lumpur Madras Madrid Melbourne*
*Mexico City Nairobi Paris Singapore*
*Taipei Tokyo Toronto*

*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

*© Oxford University Press 1964, 1976, 1982, 1990, 1995*

*Published in the United States by*
*Oxford University Press Inc., New York*

*First edition 1911*
*New edition (revised) 1929*
*Third edition (with Addenda) 1934*
*Fourth edition 1951*
*Fifth edition 1964*
*Sixth edition 1976*
*Seventh edition 1982*
*Eighth edition 1990*
*Ninth edition 1995*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above*

*This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser*

*British Library Cataloguing in Publication Data*

*The Concise Oxford Dictionary of Current English.—9th ed.*
*1. English language—Dictionaries*
*I. Thompson, Della*

*ISBN 0–19–861320–2 thumb index*
*ISBN 0–19–861319–9 plain*

*Library of Congress Cataloging in Publication Data*

*The Concise Oxford Dictionary of Current English.—9th ed./edited by Della Thompson.*
*p. cm.*
*'First edited by H. W. Fowler and F. G. Fowler.'*
*ISBN 0–19–861319–9—ISBN 0–19–861320–2 (thumb index)*
*1. English language—Dictionaries. I. Thompson, Della. II. Fowler, H. W. (Henry Watson), 1858–1933. III. Fowler, F. G. (Francis George), 1870–1918.*
*PE1628.C68 1990*
*423—dc20 89–72114 CIP*

*10 9 8 7 6 5 4 3 2 1*

*Printed in the United States of America*
*on acid-free paper*

**interdepartmental** /ˌɪntədiːpɑːtˈmɛnt(ə)l/ *adj.* concerning more than one department. □ **interdepartmentally** *adv.*

**interdepend** /ɪntədɪˈpɛnd/ *v.intr.* depend on each other. □ **interdependence** *n.* **interdependency** *n.* **interdependent** *adj.*

**interdict** *n.* & *v.* ● *n.* /ˈɪntədɪkt/ **1** an authoritative prohibition. **2** *RC Ch.* a sentence debarring a person, or esp. a place, from ecclesiastical functions and privileges. **3** *Sc. Law* an injunction. ● *v.tr.* /ɪntəˈdɪkt/ **1** prohibit (an action). **2** forbid the use of. **3** (usu. foll. by *from* + verbal noun) restrain (a person). **4** (usu. foll. by *to*) forbid (a thing) to a person. **5** *US* **a** *Mil.* impede (an enemy force), esp. by bombing lines of communication or supply. **b** intercept (a prohibited commodity); prevent (its movement). □ **interdiction** /-ˈdɪkʃ(ə)n/ *n.* **interdictory** /-ˈdɪkt(ə)ri/ *adj.* [Middle English from Old French *entredit* from Latin *interdictum* past part. of *interdicere* interpose, forbid by decree (as INTER-, *dicere* say)]

**interdigital** /ɪntəˈdɪdʒɪt(ə)l/ *adj.* between the fingers or toes.

**interdigitate** /ɪntəˈdɪdʒɪteɪt/ *v.intr.* interlock like clasped fingers. [INTER- + Latin *digitus* finger + -ATE[3]]

**interdisciplinary** /ɪntəˈdɪsɪplɪn(ə)ri, ˌɪntədɪsɪˈplɪn(ə)ri/ *adj.* of or between more than one branch of learning.

**interest** /ˈɪnt(ə)rɪst/ *n.* & *v.* ● *n.* **1 a** concern; curiosity (*have no interest in fishing*). **b** a quality exciting curiosity or holding the attention (*this magazine lacks interest*). **2** a subject, hobby, etc., in which one is concerned (*his interests are gardening and sport*). **3** advantage or profit, esp. when financial (*it is in your interest to go; look after your own interests*). **4** money paid for the use of money lent, or for not requiring the repayment of a debt. **5** (usu. foll. by *in*) **a** a financial stake (in an undertaking etc.). **b** a legal concern, title, or right (in property). **6 a** a party or group having a common concern (*the brewing interest*). **b** a principle in which a party or group is concerned. **7** the selfish pursuit of one's own welfare, self-interest. ● *v.tr.* **1** excite the curiosity or attention of (*your story interests me greatly*). **2** (usu. foll. by *in*) cause (a person) to take a personal interest or share (*can I interest you in a holiday abroad?*). **3** (as **interested** *adj.*) having a private interest; not impartial or disinterested (*an interested party*). □ **at interest** (of money borrowed) on the condition that interest is payable. **declare an** (or **one's**) **interest** make known one's financial etc. interests in an undertaking before it is discussed. **in the interest** (or **interests**) **of** as something that is advantageous to. **lose interest** become bored or boring. **with interest 1** with interest charged or paid. **2** with increased force etc. (*returned the blow with interest*). □ **interestedly** *adv.* **interestedness** *n.* [Middle English, earlier *interesse* from Anglo-French from medieval Latin, alteration apparently after Old French *interest*, both from Latin *interest*, 3rd sing. present of *interesse* matter, make a difference (as INTER-, *esse* be)]

**interesting** /ˈɪnt(ə)rɪstɪŋ/ *adj.* causing curiosity; holding the attention. □ **in an interesting condition** *archaic* pregnant. □ **interestingly** *adv.* **interestingness** *n.*

**interface** /ˈɪntəfeɪs/ *n.* & *v.* ● *n.* **1** esp. *Physics* a surface forming a common boundary between two regions. **2** a point where interaction occurs between two systems, processes, subjects, etc. (*the interface between psychology and education*). **3** esp. *Computing* an apparatus for connecting two pieces of equipment so that they can be operated jointly. ● *v.* (often foll. by *with*) **1** *tr.* & *intr.* connect with (another piece of equipment etc.) by an interface. **2** *intr.* interact with (another person etc.).

■ **Usage** The use of the noun and the verb in sense 2 is deplored by some people, because it often reduces the word to a high-sounding synonym for *boundary, meeting point, link, liaison, interact*, etc.

**interfacial** /ɪntəˈfeɪʃ(ə)l/ *adj.* **1** included between two faces of a crystal or other solid. **2** of or forming an interface.

**interfacing** /ˈɪntəfeɪsɪŋ/ *n.* a stiffish material, esp. buckram, between two layers of fabric in collars etc.

**interfaith** /ˈɪntəfeɪθ, -ˈfeɪθ/ *adj.* of, relating to, or between different religions or members of different religions.

**interfemoral** /ɪntəˈfɛm(ə)r(ə)l/ *adj.* between the thighs.

**interfere** /ɪntəˈfɪə/ *v.intr.* **1** (usu. foll. by *with*) **a** (of a person) meddle; obstruct a process etc. **b** (of a thing) be a hindrance; get in the way. **2** (usu. foll. by *in*) take part or intervene, esp. without invitation or necessity. **3** (foll. by *with*) *Brit. euphem.* molest or assault sexually. **4** *Physics* (of light or other waves) combine so as to cause interference. **5** (of a horse) knock one leg against another. □ **interferer** *n.* **interfering** *adj.* **interferingly** *adv.* [Old French *s'entreferir* 'strike each other' (as INTER-, *ferir* from Latin *ferire* 'strike')]

**interference** /ɪntəˈfɪər(ə)ns/ *n.* **1** (usu. foll. by *with*) **a** the act of interfering. **b** an instance of this. **2** the fading or disturbance of received radio signals by the interference of waves from different sources, or esp. by atmospherics or unwanted signals. **3** *Physics* the combination of two or more wave motions to form a resultant wave in which the displacement is reinforced or cancelled. □ **interferential** /-fəˈrɛnʃ(ə)l/ *adj.*

**interferometer** /ɪntəfəˈrɒmɪtə/ *n.* an instrument for measuring wavelengths etc. by means of interference phenomena. □ **interferometric** /-fɛrəˈmɛtrɪk/ *adj.* **interferometrically** /-fɛrəˈmɛtrɪk(ə)li/ *adv.* **interferometry** *n.*

**interferon** /ɪntəˈfɪərɒn/ *n.* *Biochem.* any of various proteins released by cells, usu. in response to a virus, and able to inhibit viral replication. [INTERFERE + -ON]

**interfibrillar** /ɪntəˈfɪbrɪlə/ *adj.* between fibrils.

**interfile** /ɪntəˈfʌɪl/ *v.tr.* **1** file (two sequences) together. **2** file (one or more items) into an existing sequence.

**interflow** /ˈɪntəfləʊ/ *v.* & *n.* ● *v.intr.* flow into each other. ● *n.* the process or result of this.

**interfluent** /ɪntəˈfluːənt/ *adj.* flowing into each other. [Latin *interfluere interfluent-* (as INTER-, *fluere* 'flow')]

**interfuse** /ɪntəˈfjuːz/ *v.* **1** *tr.* **a** (usu. foll. by *with*) mix (a thing) with; intersperse. **b** blend (things) together. **2** *intr.* (of two things) blend with each other. □ **interfusion** /-ˈfjuːʒ(ə)n/ *n.* [Latin *interfundere interfus-* (as INTER-, *fundere* 'pour')]

**intergalactic** /ɪntəgəˈlaktɪk/ *adj.* of or situated between two or more galaxies. □ **intergalactically** *adv.*

**interglacial** /ɪntəˈgleɪsɪəl, -ʃ(ə)l/ *adj.* & *n.* ● *adj.* of or relating to a period of milder climate between glacial periods. ● *n.* such a period.

**intergovernmental** /ˌɪntəgʌv(ə)nˈmɛnt(ə)l/ *adj.* concerning or conducted between two or more governments. □ **intergovernmentally** *adv.*

**intergradation** /ˌɪntəgrəˈdeɪʃ(ə)n/ *n.* the process of merging together by gradual change of the constituents.

**intergrade** /ˈɪntəgreɪd/ *v.* & *n.* ● *v.intr.* pass into another form by intervening grades. ● *n.* such a grade.

**intergrowth** /ˈɪntəgrəʊθ/ *n.* the growing of things into each other.

**interim** /ˈɪnt(ə)rɪm/ *n.*, *adj.*, & *adv.* ● *n.* the intervening time (*in the interim he had died*). ● *adj.* intervening; provisional, temporary. ● *adv.* *archaic* meanwhile. [Latin, as INTER- + adv. suffix *-im*]

**interim dividend** *n.* a dividend declared on the basis of less than a full year's results.

**interior** /ɪnˈtɪərɪə/ *adj.* & *n.* ● *adj.* **1** inner. **2** remote from the coast or frontier; inland. **3** internal; domestic. **4** (usu. foll. by *to*) situated further in or within. **5** existing in the mind or soul; inward. **6** drawn, photographed, etc. within a building. **7** coming from inside. ● *n.* **1** the interior part; the inside. **2** the interior part of a country or region. **3 a** the home affairs of a country. **b** a department dealing with these (*Minister of the Interior*). **4** a representation of the inside of a