IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-525 (LPS) |
| | ) | |
| GOOGLE, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JENNIFER D. BENNETT**
**IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S**
**RESPONSIVE CLAIM CONSTRUCTION BRIEF**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
jtigan@mnat.com

*Attorneys for Personalized User Model, L.L.P.*

OF COUNSEL:

Marc S. Friedman
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6767

Mark C. Nelson
SNR Denton US LLP
2000 McKinney Ave., Ste. 1900
Dallas, TX 75201-1858
(214) 259-0900

Jimmy M. Shin
Jennifer D. Bennett
SNR Denton US LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
(650) 798-0300

Confidential Version Filed: December 13, 2010
Public Version Filed: December 20, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-525 (LPS) |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JENNIFER D. BENNETT**
**IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S**
**RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Jennifer D. Bennett, declare:

1. I am an attorney duly licensed to practice in the State of California, admitted to practice *pro hac vice* before this Court, and an associate with the law firm of SNR Denton US LLP, counsel for Plaintiff Personalized User Model, L.L.P. ("P.U.M.") in this action. I make this declaration in support of P.U.M.'s Responsive Claim Construction Brief.

2. Attached as Exhibit 1 is a true and correct copy of http://googleblog.blogspot.com/2009/12/personalized-search-for-everyone.html.

3. Attached as Exhibit 2 is a true and correct copy of http://www.google.com/ads/preferences.

4. Attached as Exhibit 3 is a true and correct copy of http://www.google.com/support/news/bin/answer.py?hl=en&answer=82464.

5. Attached as Exhibit 4 is a true and correct copy of selected pages from *The American Heritage Dictionary of the English Language* (1978).

6. Attached as Exhibit 5 is a true and correct copy of Hertz, A. Krogh, R. Palmer, *Introduction to the Theory of Neural Computation* (Addison-Wesley 1991).

7. Attached as Exhibit 6 is a true and correct copy of Vladimir S. Cherkassky and Filip M. Mulier, *Learning from Data: Concepts, Theory, and Methods* (1998).

8. Attached as Exhibit 7 is a true and correct copy of REDACTED

REDACTED

9. Attached as Exhibit 8 is a true and correct copy of http://en.wikipedia.org/wiki/Machine_learning.

10. Attached as Exhibit 9 is a true and correct copy of selected pages from the file history of U.S. Patent No. 6,981, 040, Bates numbered PUM0067572-78, and PUM0068507-12.

11. Attached as Exhibit 10 is a true and correct copy of selected pages from THE COMPUTER DESKTOP ENCYCLOPEDIA (Freedman 2d ed. 1999).

12. Attached as Exhibit 11 is a true and correct copy of REDACTED

REDACTED

13. Attached as Exhibit 12 is a true and correct copy of selected pages from Peter M. Lee, *Bayesian Statistics: An Introduction* (1989).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __13th___ day of __December_______, 2010, at San Francisco, California

_/s/ *Jennifer D. Bennett*_____________
Jennifer D. Bennett

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 20, 2010, upon the following individuals in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
Eugene Novikov
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)