# EXHIBIT 1

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 2

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3A

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3B

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3C

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3D

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3E

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3F

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3G

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3H

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3I

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3J

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3K

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3L

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3M

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT 3N

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3O

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 3P

REDACTED

IN ITS

ENTIRETY

# Exhibit 4

REDACTED

IN ITS

ENTIRETY

# Exhibit 5

REDACTED

IN ITS

ENTIRETY

# Exhibit 6

REDACTED

IN ITS

ENTIRETY

# Exhibit 7

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 8

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 9

REDACTED

IN ITS

ENTIRETY