# Exhibit 1

# REDACTED

# IN ITS

# ENTIRETY

# Exhibit 2

REDACTED

IN ITS

ENTIRETY