IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, L.L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GOOGLE, INC., | ) ) ) |
| Defendant. | ) ) C.A. No. 09-525 (LPS) |
| GOOGLE, INC., | ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| PERSONALIZED USER MODEL, L.L.P. and YOCHAI KONIG, | ) ) ) |
| Counterclaim-Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Personalized User Model, L.L.P.'s and Yochai Konig's Objections and Responses to Defendant Google, Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)*; and 2) *Responses and Objections of Third Party Utopy, Inc. to Defendant Google, Inc.'s Subpoena to Testify at a Deposition in a Civil Action* were caused to be served on March 16, 2011, upon the following counsel in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

|  |  |
|---|---|
|  | Charles K. Verhoeven<br>David A. Perlson<br>Antonio R. Sistos<br>Andrea Pallios Roberts<br>Joshua Lee Sohn<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 |
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>_____<br>Karen Jacobs Louden (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Personalized User Model, L.L.P. and Yochai Konig* |
| OF COUNSEL:<br><br>Marc S. Friedman<br>SNR Denton US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089<br>(212) 768-6700<br><br>Jennifer D. Bennett<br>SNR Denton US LLP<br>1530 Page Mill Road, Ste. 200<br>Palo Alto, CA  94304-1125<br>(650) 798-0300<br><br>March 16, 2011<br>3137692 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 16, 2011, upon the following individuals in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
Andrea Pallios Roberts
Joshua Lee Sohn
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)