**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | ) | C.A. No. 09-525-LPS<br><br>**JURY TRIAL DEMANDED** |
| GOOGLE, INC.<br><br>Counterclaimant,<br><br>v.<br><br>PERSONALIZED USER MODEL, LLP and YOCHAI KONIG<br><br>Counterdefendants. | ) | **PUBLIC VERSION** |

**DECLARATION OF JOSHUA L. SOHN IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

OF COUNSEL:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
David A. Perlson
Joshua Lee Sohn
Antonio R. Sistos
Margaret Pirnir Kammerud
50 California St.
San Francisco, CA 94111

Andrea Pallios Roberts
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Google Inc.*

Dated: December 6, 2012
PUBLIC VERSION
Dated: December 13, 2012
1086472 / 34638

I, Joshua L. Sohn, declare as follows:

1. I am an attorney in the law firm on Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google in this action. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,631,032 to Refuah et al. ("Refuah").

3. Attached hereto as Exhibit B is a true and correct copy of Ahmad M. Ahmad Wasfi, "Collecting User Access Patterns for Building User Profiles and Collaborative Filtering," Proceedings of the 4th International Conference on Intelligent User Interfaces (January 1999) ("Wasfi").

4. Attached hereto as Exhibit C is a true and correct copy of Dunja Mladenic, "Personal WebWatcher: design and implementation" (1996) ("Mladenic").

5. Attached hereto as Exhibit D is a true and correct copy of Matthew Montebello et al., "A Personal Evolvable Advisor for WWW Knowledge-Based Systems," Proceedings of the 7th World-Wide Web Conference (March 1998) ("Montebello.")

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the Expert Witness Report of PUM expert Michael Pazzani, dated April 6, 2012.

7. Attached hereto as Exhibit F is a true an correct copy of excerpts from the Supplemental Expert Witness Report of Michael Pazzani, dated August 10, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of PUM expert Jaime Carbonell, dated November 27, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of PUM's Supplemental Responses to Google's First Set of Requests for Admission, dated April 22, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition of Michael Pazzani, dated November 17, 2012.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Rebuttal Expert witness Report of Jaime Carbonell, dated September 28, 2012.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the deposition of Yochai Konig, dated December 2, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of December 2012, in San Francisco, CA.

Joshua L. Sohn

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 13, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 13, 2012, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl.
Wilmington, DE 19899-1347
klouden@mnat.com
jtigan@mnat.com

Marc S. Friedman
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
marc.friedman@snrdenton.com

Jennifer D. Bennett
Matthew P. Larson
SNR Denton US LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
jennifer.bennett@snrdenton.com
matthew.larson@snrdenton.com

Mark C. Nelson
Robert Needham
SNR Denton US LLP
2000 McKinney, Suite 1900
Dallas, TX 75201
mark.nelson@snrdenton.com
robert.needham@snrdenton.com

Christian E. Samay
SNR Denton US LLP
101 JFK Parkway
Short Hills, NJ 07078
christian.samay@snrdenton.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

932168 / 34638