**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | ) | C.A. No. 09-525 (LPS)<br><br>**PUBLIC VERSION** |
| GOOGLE, INC.<br><br>Counterclaimant,<br><br>v.<br><br>PERSONALIZED USER MODEL, L.L.P. and YOCHAI KONIG,<br><br>Counterclaim-Defendants. | ) | |

**DECLARATION OF MICHAEL J. PAZZANI IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S ANSWERING BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Karen Jacobs Louden (#2881)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
jtigan@mnat.com
*Attorneys for Personalized User Model, L.L.P. and Yochai Konig*

OF COUNSEL:

Marc S. Friedman
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700

Jennifer D. Bennett
SNR Denton US LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
(650) 798-0300

Original Filing Date: January 14, 2013

Redacted Filing Date: January 23, 2013

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PERSONALIZED USER MODEL, L.L.P.,

Plaintiff,

v.

GOOGLE, INC.,

Defendant.

C.A. No. 09-525 (LPS)

GOOGLE, INC.

Counterclaimant,

v.

PERSONALIZED USER MODEL, L.L.P. and YOCHAI KONIG,

Counterclaim-Defendants.

**PUBLIC VERSION**

**DECLARATION OF MICHAEL J. PAZZANI IN SUPPORT OF PLAINTIFF PERSONALIZED USER MODEL, L.L.P.'S ANSWERING BRIEF IN OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT**

I, Michael J. Pazzani, declare:

1. I am the Vice Chancellor for Research and Economic Development and a Professor of Computer Science & Engineering at the University of California, Riverside. I hold a Ph.D. in Computer Science, an M.S. in Computer Engineering, and a B.S. in Computer Engineering, and have been retained as an expert witness for Plaintiff Personalized User Model, L.L.P. ("P.U.M.") in this action. I make this declaration in support of P.U.M.'s Answering Brief in Opposition to Google's Motion for Summary Judgment for non-infringement.

2. On April 10, 2012, I submitted an expert report in which I opined Google Search, Google Search Ads, Google Content Ads, and Google News infringed claims of U.S. Patent No. 6,981,040 and U.S. Patent No. 7,685,276. Attached as Exhibit A it a true and correct copy of my

report, which I understand was served on April 11, 2012, and selected exhibits attached thereto. I hereby incorporate by reference and adopt all statements and opinions reflected in my report as if set forth fully herein.

3. On August 10, 2012, I submitted a supplemental expert report in which I opined Google YouTube Video Recommendations and Google+ infringed claims of U.S. Patent No. 6,981,040. Attached as Exhibit B it a true and correct copy of my report, and selected exhibits attached thereto. I hereby incorporate by reference and adopt all statements and opinions reflected in my report as if set forth fully herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of Jan, 2013, at Riverside, California.

[signature]

Michael J. Pazzani

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2013, copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Floor
Wilmington, DE 19801

**BY E-MAIL**

Brian C. Cannon
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
Andrea Pallios Roberts
Joshua Lee Sohn
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)