# EXHIBIT A

REDACTED

IN ITS

ENTIRETY

# EXHIBIT B

REDACTED

IN ITS

ENTIRETY