# REDACTED

# IN ITS

# ENTIRETY