**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PERSONALIZED USER MODEL, L.L.P., :
:
Plaintiff, :
:
v. :
:
GOOGLE INC., :
:
Defendant. :

C.A. No. 09-525-LPS

GOOGLE, INC., :
:
Counterclaimant, :
:
v. :
:
PERSONALIZED USER MODEL, L.L.P. :
and YOCHAI KONIG :
:
Counterdefendants. :

**ORDER**

At Wilmington, this 9th day of September, 2013:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1. Google Inc.'s ("Google") Motion for Summary Judgment of Non-Infringement (D.I. 422) is GRANTED IN PART and DENIED IN PART.

2. Google's Motion for Summary Judgment of Invalidity (D.I. 417) is DENIED.

3. Google's Motion for Summary Judgment on its Breach of Contract Counterclaim, its Declaration of Ownership Counterclaim, and its Affirmative Defense of Lack of Standing (D.I. 412) is DENIED.

4. Personalized User Model, L.L.P.'s ("PUM") Motion for Leave to Cross-Move for Summary Judgment in Response to Google's Motion for Summary Judgment (D.I. 444) is DENIED.

5. PUM's Motion to Strike Dr. Jordan's Late-Disclosed Opinions (D.I. 415) is DENIED.

6. Because the Memorandum Opinion released on this date may contain confidential information, it has been released under seal, pending review by the parties to allow them to submit a single jointly proposed redacted version of the Memorandum Opinion. Such redacted version shall be submitted no later than ***seven (7) days from the date of this Order*** for review by the Court. The Court will subsequently file a publicly-available version of its Memorandum Opinion.

7. The parties shall, no later than ***ten (10) days from the date of this Order***, submit a joint status report advising the Court as to when they can be ready for trial and the requested length of time (in terms of calendar days and trial hours) they request for trial.

UNITED STATES DISTRICT JUDGE