**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PERSONALIZED USER MODEL, L.L.P., Plaintiff, v. GOOGLE INC., Defendant. | ) | C.A. No. 09-525-LPS **JURY TRIAL DEMANDED** **PUBLIC VERSION** |
| GOOGLE, INC. Counterclaimant, v. PERSONALIZED USER MODEL, LLP and YOCHAI KONIG Counterdefendants. | ) | |

**DECLARATION OF ANTONIO SISTOS IN SUPPORT OF GOOGLE'S OPPOSITION TO PUM'S MOTION TO EXCLUDE PORTIONS OF DR. EDWARD FOX'S NON-INFRINGEMENT REPORT**

**VOLUME II of II**
**Exhibits 2 to 8**

OF COUNSEL:

Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
Margaret Pirnie Kammerud
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St.
San Francisco, CA 94111
Tel.: (415) 875-6600

Joshua Lee Sohn
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, DC 20001-3706
Tel: (202) 538-8000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Andrea Pallios Roberts
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000

*Attorneys for Defendant Google Inc.*

Dated: February 10, 2014
Public Version Dated: February 18, 2014
1139814/ 34638

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERSONALIZED USER MODEL, LLP<br>Plaintiff,<br>v.<br>~~GOOGLE, INC.~~<br>Defendant. | |
| GOOGLE, INC.<br>Counterclaimant,<br>v.<br>PERSONALIZED USER MODEL, LLP and YOCHAI KONIG<br>Counterdefendants. | C.A. No. 09-525-LPS<br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANTONIO SISTOS IN SUPPORT OF GOOGLE'S OPPOSITION TO PUM'S MOTION TO EXCLUDE PORTIONS OF DR. EDWARD FOX'S NON-INFRINGEMENT REPORT**

I, Antonio Sistos, declare as follows:

1. I am an attorney in the law firm on Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Google in this action. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of PUM expert Dr. Michael Pazzani, dated April 6, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of PUM expert Dr. Jaime Carbonell, dated September 28, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Dr. Edward Fox, dated November 20, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition of Dr. Michael Pazzani, dated November 17, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Dr. Jaime Carbonell, dated November 27, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the file history of U.S. Patent No. 6,981,040.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the file history of the ongoing re-examination of U.S. Patent No. 6,981,040.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the file history of the ongoing re-examination of U.S. Patent No. 7,685,276.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of February 2014, in San Francisco, California.

Antonio Sistos

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 18, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 18, 2014, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Jeremy A. Tigan
Regina S.E. Murphy
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899-1347
klouden@mnat.com
jtigan@mnat.com
rmurphy@mnat.com

Marc S. Friedman
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
marc.friedman@dentons.com

Jennifer D. Bennett
Dentons US LLP
1530 Page Mill Road, Ste. 200
Palo Alto, CA 94304-1125
jennifer.bennett@dentons.com

Mark C. Nelson
Richard D. Salgado
Steven M. Geiszler
Dentons US LLP
2000 McKinney, Suite 1900
Dallas, TX 75201
mark.nelson@dentons.com
richard.salgado@dentons.com
steven.geiszler@dentons.com

Andrew M. Grodin
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078
andrew.grodin@dentons.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

932168 / 34638